TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFFREY M. CHEMERINSKY (Cal. Bar. No. 270756)
JOSEPH D. AXELRAD (Cal. Bar No. 274580)
Violent and Organized Crime Section
Assistant United States Attorneys
      1300 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-7964
      Facsimile: (213) 894-0141
      E-mail:    joseph.axelrad@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>ANGELO MARCUS PINKNEY,<br><br>          Defendant. | No. CR 20-00128-CJC-1<br><br>GOVERNMENT'S SENTENCING POSITION REGARDING DEFENDANT ANGELO MARCUS PINKNEY |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeffrey M. Chemerinsky and Joseph D. Axelrad, hereby files its sentencing position regarding defendant ANGELO MARCUS PINKNEY ("defendant").

     This sentencing position is based upon the attached memorandum of points and authorities, the presentence investigation report ("PSR"), the files and records in this case, and such further evidence and argument as the Court may permit.  The government

respectfully requests the opportunity to supplement its position or respond to defendant as may become necessary.

Dated: October 15, 2021          Respectfully submitted,

                                 TRACY L. WILKISON
                                 Acting United States Attorney

                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                  _/s/ Joseph Axelrad_
                                 JEFFREY M. CHEMERINSKY
                                 JOSEPH D. AXELRAD
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Defendant ANGELO MARCUS PINKNEY ("defendant") awaits sentencing after pleading guilty to Counts Four and Five of the Indictment, which charge defendant with of interference with commerce by robbery, in violation of 18 U.S.C. § 1951(a), and possessing, using, carrying, and brandishing a firearm during and in relation to, and possessing that firearm in furtherance of, a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii), respectively.  As part of his plea agreement, defendant admitted his role in two violent armed robberies.

As set forth below, the government submits that, taking into account the factors identified in 18 U.S.C. § 3553(a), a total term of custody of 147 months' imprisonment is appropriate.  The government further recommends that defendant be sentenced to a five-year term of supervised release and a special assessment of $200.  Such a sentence is sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, to adequately deter defendant from committing further offenses, and to avoid unwarranted sentencing disparity with other similarly situated defendants.

### II.   STATEMENT OF FACTS

As set forth in the Plea Agreement:

On January 27, 2020, defendant, along with two co-conspirators, committed the armed robbery of the Flower St. Flower and Arrangements, located at 16812 Lakewood

Boulevard, Bellflower, California ("Flower St. Flower and Arrangements").  Defendant and a co-conspirator entered the store, while the third co-conspirator stayed in the vehicle.  Defendant and the co-conspirator committed the armed robbery by using a loaded, semi-automatic Taurus, Model PT111 G2A pistol, to control and intimidate store employees.  Defendant and the co-conspirator stole approximately $100 and a black cell phone from the robbery.

On January 27, 2020, following the robbery of Flower St. Flower and Arrangements, defendant, along with two co-conspirators, committed the armed robbery of CVS Pharmacy, located at 8859 Alondra Boulevard, Paramount, California ("CVS Pharmacy").  Defendant and a co-conspirator entered the store, while the third co-conspirator stayed in the vehicle.  Defendant and the co-conspirator committed the armed robbery by using a loaded, semi-automatic Taurus, Model PT111 G2A pistol, to control and intimidate store employees.  Defendant and the co-conspirator ordered a store employee, at gun point, to the back of the store, where they forced the employee to open the safe.  Defendant and the co-conspirator stole approximately $2,845, and then returned to the vehicle, where the third co-conspirator was waiting for them.  Following the robbery, the three co-conspirators led law enforcement on a high-speed chase.

The January 27, 2020, armed robberies of Flower St. Flower and Arrangements and CVS Pharmacy affected interstate commerce.

**III.  PRESENTENCE INVESTIGATION REPORT**

　　**A.  USPO's Guidelines Calculation**

　　　The United States Probation Office ("USPO") concluded that defendant has a total offense level of 24.  Dkt. No. 89, Revised PSR, ¶ 47.  This results from a base offense level of 20 (U.S.S.G. § 2B3.1(a)), a 6-level enhancement for the use of a handgun (U.S.S.G. § 2B3.1(b)(2)(C)), a 1-level enhancement pursuant to the multi-count adjustment (U.S.S.G. § 3D1.4), and a 3-level decrease for acceptance of responsibility (U.S.S.G. § 3E1.1(a), (b)).  PSR, ¶¶ 28-47.

　　　The PSR also identifies defendant as a Criminal History Category of IV.  PSR, ¶ 50-57.

　　　In addition, defendant is subject to a 7-year mandatory term of imprisonment that must run consecutive to any sentence imposed pursuant to the Guidelines.  PSR, ¶ 95.

　　　The resulting Guidelines range as calculated by the USPO is 77-96 months plus 84 months, for a total range of 161 to 180 months.  As discussed below, the government believes that the correct total offense level is 25, with a corresponding range of 168-189 months (including the 84-month term).

　　　Probation has recommended a 3-level variance and sentence of 141 months.  Dkt. No. 88, Recommendation Letter.  As detailed below, the government agrees with the recommended 3-level variance.

**B.   Government's Objection to the PSR and Resulting Guidelines Range**

    1.   <u>Objection to Omission of Reckless Endangerment During Flight Enhancement</u>

The government objects to the omission from the PSR of the reckless endangerment during flight enhancement, U.S.S.G. § 3D1.2.  Application of this enhancement would not impact the Guidelines calculation because it is a part of the least serious of the two sentencing groups, as it is part of the CVS robbery sentencing group.  As Probation notes:  "U.S.S.G. § 3C1.2 provides for a 2-level increase if the defendant reckless created a substantial risk of death or serious bodily injury to another person in the course of fleeing from law enforcement.  Following the CVS Pharmacy armed robbery, the defendants and coconspirator led law enforcement on a pursuit during which the suspect vehicle collided with another vehicle before crashing into a freeway wall."  PSR, ¶ 32.

The police report provides additional details and describes that the suspect vehicle "ran a red light," traveled "at a high rate of speed," "ran multiple stop signs," "swerv[ed] back and forth" between lanes "nearly colliding with multiple vehicles," "continued to evade by weaving in and out of traffic" and "ultimately collided with the south wall."  Exhibit 1, Bates 89-90.  The Plea Agreement also states that "[f]ollowing the robbery, the three co-conspirators led law enforcement on a high speed chase."  Dkt. 52, at 8.

The government submits that the reckless endangerment during flight enhancement applies.  The only impact, however, is

4

that such an enhancement increases the multi-count adjustment to a +2, given that the total offense level for the lesser group (for the CVS robbery) becomes a level 22, rather than a level 20.  Thus, whereas Paragraph 40 of PSR identifies two sentencing groups of offense level 26 (for the Flower Shop robbery) and 20 (CVS robbery), this is correctly calculated as two groups of offense level 26 (for the Flower Shop robbery) and 22 (CVS robbery).  Thus, under U.S.S.G. § 3D1.4, for purposes of calculating the multi-count adjustment, there are then 2 total units and +2 multi-count adjustment.  This is also consistent with the Plea Agreement, which has a stipulated +2 multi-count adjustment.  Plea Agreement, Dkt. No. 52, ¶ 16.  Thus, defendant's correctly calculated total offense level is a 25 (after crediting 3 levels for acceptance of responsibility).

## IV.   APPLICATION OF THE § 3553 FACTORS

The government submits that a sentence of 147 months' imprisonment, followed by five years' supervised release is "sufficient, but not greater than necessary," to comply with the purposes enumerated in 18 U.S.C. § 3553(a)(2).

### A.   Legal Background

"All sentencing proceedings are to begin by determining the applicable Guidelines range," which serves as "the starting point and the initial benchmark" for determining a reasonable sentence.  United States v. Carty, 520 F.3d 984, 991 (9th Cir. 2008) (internal quotation marks and citation omitted).  The parties should then be given an opportunity to argue for what they believe is an appropriate sentence.  Id.  Following argument by the parties, the Court must consider each of the

5

1    sentencing factors listed in 18 U.S.C. § 3553(a), including the

2    applicable Guidelines range, "to decide if [those factors]

3    support the sentence suggested by the parties."  Id.; see also

4    Gall v. United States, 552 U.S. 38, 49 (2007).  In the end, the

5    Court must impose a sentence that is "sufficient, but not

6    greater than necessary," to reflect the offense's seriousness,

7    to promote respect for the law, and to provide just punishment;

8    to afford adequate deterrence; to protect the public; and to

9    provide the defendant with needed educational or vocational

10    training, medical care, or other correctional treatment.  See 18

11    U.S.C. § 3353(a); Carty, 520 F.3d at 991.

12         **B.   Analysis**

13         Defendant has admitted his role in two dangerous robberies,

14    during which he and his co-defendant terrified innocent

15    employees in an effort to steal from them.  Following the

16    robberies, defendant and his co-defendants led police on a high-

17    speed chase, endangering members of the public as they attempted

18    to evade capture.  Such brazen robberies, and the dangerous

19    high-speed chase that followed, created the potential for a

20    multitude of violent and dangerous outcomes.  Very little would

21    need to have changed for the outcome of defendant's robberies to

22    have been dramatically different, potentially ending in a

23    violent confrontation with law enforcement or a fatal traffic

24    collision.  Yet, defendant and his co-conspirators engaged in

25    these robberies with no regard for the safety of the businesses'

26    customers or employees, or those other cars and pedestrians on

27    the streets following the robbery.  These robberies also leave

28

1  lasting stress and trauma that victims remember for their entire

2  lives.

3       The government recognizes that there are mitigating factors

4  that exist in defendant's personal history and characteristics.

5  Defendant has experienced various difficulties, namely, his

6  diagnosis of ADHD, Borderline Intellectual Functioning; Autism

7  Spectrum Disorder; and a History of Closed Head Injury, with

8  Post-Concussion Syndrome and Forehead Hematoma.  PSR, ¶ 71-74.

9  Nonetheless, a lengthy prison sentence is appropriate.

10      The USPO appropriately summarizes the aggravating factors:

11          Perry, Pinkney, and a coconspirator engaged in a one-
            day robbery spree using a loaded firearm. They went
12          from business to business terrorizing employees and
            demanding money.  The firearm was used to intimidate
13          and control employees; and, in one instance, they
            ordered a store employee, at gunpoint, to the back of
14          the store where they forced the employee to open the
            safe.  In total, the defendants stole $3,295.
15
            Pinkney's conduct is considered extremely serious and
16          brazen.  He showed a complete lack of concern for the
            employees he terrorized as well as the community.
17          Further, it does not appear that his conduct would
            have stopped absent intervention by law enforcement.
18          As such, Pinkney poses a serious threat to the
            community.
19
   Recommendation Letter, p. 6 (emphasis added).
20
        The requested sentence serves the goals of both specific
21
   and general deterrence.  As to specific deterrence, the
22
   requested sentence will be a lengthy term of imprisonment that
23
   will impress upon defendant the seriousness of his conduct.
24
   This sentence also serves the purposes of general deterrence by
25
   making clear that this criminal conduct is punished severely.
26
        Finally, the government believes that the requested
27
   sentence avoids unwarranted sentencing disparities with other
28

                                    7

defendants in similar circumstances as defendant.  The Court is entitled to rely on a correctly calculated Guidelines' range in finding that there is no unwarranted disparity between defendant and other offenders convicted of similar offenses.  United States v. Treadwell, 593 F.3d 990, 1011 (9th Cir. 2010).[1]

All of these factors are accounted for in the government's recommendation, which balances the history and characteristics of the defendant with the nature of the crimes.  For these reasons, the government believes that a sentence of 147 months in custody is appropriate.

**V.   CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court sentence defendant to: (1) 147 months' imprisonment; (2) a five-year period of supervised release; and (3) a mandatory special assessment of $200.

---

[1]   On February 22, 2021, defendant Perry was sentenced to 120 months in custody.  (Dkt. 84.)  While their conduct was identical, defendant Perry was subject to a significantly lower sentencing guidelines range due to his near non-existent criminal history.  (Dkt. 66, ¶ 59 [finding defendant Perry to have no adult convictions and a Criminal History Category I].) Nevertheless, the government believes that a 3-level variance is appropriate to address any concern for sentencing disparity with his co-defendant and to adequately account for the various mitigation presented in the PSR.

# EXHIBIT 1

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
*A TRADITION OF SERVICE*

# INCIDENT REPORT

DATE 01/27/2020      PAGE 1 OF 13

| ACTION: | | # OF ADULT ARRESTS | # OF SUBJECT DETENTIONS | URN# | | | | TAG# | CALL TIME |
|---|---|---|---|---|---|---|---|---|---|
| ☒ ACTIVE ☐ INACTIVE | NON-CRIMINAL ☐ PENDING | 2 | | 9 RETENTION | 20 YEAR | 02079 SEQUENTIAL | 1369 REPORTING DISTRICT | 032 STAT CODE | 382 | 1906 |

**CLASSIFICATION 1 / LEVEL / STAT CODE**
Robbery (Firearm) 211 P.C. / F / 032

**CLASSIFICATION 2 / LEVEL / STAT CODE**
Evading (willful disregard for safety of others) 2800.2(a) V.C. / F / 252

**CLASSIFICATION 3 / LEVEL / STAT CODE**
Vandalism 594 (b)(1) P.C. / F / 263

**CLASSIFICATION 4 / LEVEL / STAT CODE**
Kidnapping 207(a) P.C. / F / 326

**ADDITIONAL STAT CODES**    ☐ ASAP / 83    ☐ GANG RELATED / 860    ☐ CYBER - RELATED CRIME / 552
☐ FIREARM RELATED / 830    ☐ CYBER CRIME / 551    ☐ CYBER - RELATED INCIDENT (NON - CRIMINAL) / 559    ☐ OTHER

**DATE / TIME / DAY OF OCCURRENCE**
01-27-2020 / 1905 Hours / Monday

**LOCATION OF OCCURRENCE**
8859 Alondra Boulevard, Paramount CA 90723

☐ PRINTS REQUESTED      REQUESTED BY                    TIME
☐ PRINTS COMPLETED
**BUSINESS NAME** D.B.A "CVS Pharmacy"

**CODE:  V - VICTIM  •  W - WITNESS  •  I - INFORMANT  •  R - REPORTING PARTY  •  P - PARTY**

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|
| V | 1 | 4 | D.B.A "CVS Pharmacy" | | | | | | | |

RESIDENCE ADDRESS                    CITY                    STATE    ZIP                    RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS
8859 Alondra Boulevard    CITY Paramount    STATE CA    ZIP 90723    BUSINESS PHONE (Area Code) (562) 630-2247

ETHNIC ORIGIN    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    CELL PHONE (Area Code)

VICTIM OF OFFENSE(S) (CLASSIFICATION) #    1    #    #    #    VICTIM DESIROUS OF PROSECUTION? YES    VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?    ENGLISH SPEAKING? ☐ YES ☐ NO    LANGUAGE

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|
| V | 2 | 4 | Montes | Daniela | N.M.N | F | H | | 22 | CA |

RESIDENCE ADDRESS                    CITY                    STATE CA    ZIP                    RESIDENCE PHONE (Area Code) None

BUSINESS / SCHOOL (GRADE) ADDRESS
8859 Alondra Boulevard    CITY Paramount    STATE CA    ZIP 90723    BUSINESS PHONE (Area Code) (562) 630-2247

ETHNIC ORIGIN    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    CELL PHONE (Area Code)

VICTIM OF OFFENSE(S) (CLASSIFICATION) #    1    #    4    #    #    VICTIM DESIROUS OF PROSECUTION? YES    VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?    ENGLISH SPEAKING? ☒ YES ☐ NO    LANGUAGE

**CODE:  S - SUSPECT  •  SJ - SUBJECT  •  M - PATIENT  •  S/V - SUSPECT / VICTIM  •  SJ / V - SUBJECT / VICTIM**

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|
| S | 1 | 3 | Pinkney | Angelo | Marcus | | 20 | CA |

SEX M    RACE B    ETHNIC ORIGIN    HAIR Black    EYES Brown    HEIGHT 507    WEIGHT 140    CELL PHONE (Area Code)

RESIDENCE ADDRESS    CITY    STATE    ZIP    RESIDENCE PHONE (Area Code) None

BUSINESS / SCHOOL (GRADE) ADDRESS
Unemployed    CITY    STATE    ZIP    BUSINESS PHONE (Area Code) None

AKA    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    ENGLISH SPEAKING? ☒ YES ☐ NO

MONIKER    CHARGE 211 PC; 2800.2(a) VC; 594(b)(1) PC; 207(a)PC    BOOKING NUMBER 5859226    LANGUAGE    WHERE DETAINED OR CITE NUMBER Lakewood

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|
| S | 2 | 3 | Perry | Daion | Damien | | 18 | /CA |

SEX M    RACE B    ETHNIC ORIGIN    HAIR Black    EYES Brown    HEIGHT 507    WEIGHT 150    CELL PHONE (Area Code) None

RESIDENCE ADDRESS    CITY    STATE CA    ZIP    RESIDENCE PHONE (Area Code) None

BUSINESS / SCHOOL (GRADE) ADDRESS
Unemployed    CITY    STATE    ZIP    BUSINESS PHONE (Area Code) None

AKA    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    ENGLISH SPEAKING? ☒ YES ☐ NO

MONIKER    CHARGE 211 PC; 2800.2(a) VC; 594(b)(1) PC; 207(a)PC    BOOKING NUMBER 5859214    LANGUAGE    WHERE DETAINED OR CITE NUMBER Lakewood

| BY DEPUTY Davis, D. | EMPLOYEE # 600724 | SWORN EXP IN YRS 7 | | DEPUTY PETERS, T. | EMPLOYEE # 552146 | SWORN EXP IN YRS 7 | VACATION DATES 0 |
|---|---|---|---|---|---|---|---|
| STATION Lakewood | UNIT / CAR # 133F1 | SHIFT P | | APPROVED SGT FERGUSON | EMPLOYEE # 516823 | | 01/28/20 0337 |
| PCD SUBMITTED? YES | VACATION DATES None | | | ASSIGNMENT D.B. | | | |
| HQ NOTIFICATION REQUESTED? NO | DEPUTY | | DATE / TIME | | SPECIAL REQUEST DISTRIBUTION | | |
| SUSPECT / SUBJECT FIELD RELEASE APPROVED BY | | | DATE / TIME | CRIME BROADCAST BY | | DATE / TIME | SECRETARY |

76C300F - SH-R-49 (Rev. 4/2014)

USA_000064

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INCIDENT REPORT CONTINUATION

| | | |
|---|---|---|
| **URN#** 920-02079-1369-032 | **TAG#** 382 | PAGE 2 OF 13 |

CLASSIFICATION # / LEVEL / STAT CODE

CLASSIFICATION # / LEVEL / STAT CODE

CLASSIFICATION # / LEVEL / STAT CODE

### VEHICLE

| | | | | |
|---|---|---|---|---|
| VEHICLE FOR VICTIM # N/A | LICENSE (STATE & NUMBER) None | YEAR 2003 | MAKE Lexus | MODEL ES300 |
| VEHICLE FOR SUSPECT # 1 | REGISTERED OWNER A2B Auto Transport LLC | IDENTIFYING FEATURES | BODY TYPE 4DR | COLOR Silver |
| STATUS | IMPOUNDED | CHP 180 SUBMITTED? YES | GARAGE NAME & PHONE Kenny's Tow, (562) 925-9531 | |
| DESCRIPTION OF DAMAGE | | | | |

**CODE:  V - VICTIM  •  W - WITNESS  •  I - INFORMANT  •  R - REPORTING PARTY  •  P - PARTY**

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|
| V | 3 | 4 | Diaz | Suzette | Michelle | F | H | | 39 | CA |

| RESIDENCE ADDRESS | | | | | CITY | | | RESIDENCE PHONE (Area Code) None |
|---|---|---|---|---|---|---|---|---|

BUSINESS / SCHOOL (GRADE) ADDRESS
8859 Alondra Boulevard  — CITY Paramount  STATE CA  ZIP 90723  BUSINESS PHONE (Area Code) (562) 630-2247

ETHNIC ORIGIN  EMAIL ADDRESS  SOCIAL NETWORKING ACCOUNT  CELL PHONE (Area Code)  ENGLISH SPEAKING? ☒ YES ☐ NO

VICTIM OF OFFENSE(S) (CLASSIFICATION) #  1  #  4  #   VICTIM DESIROUS OF PROSECUTION? YES   VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?   LANGUAGE

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|
| V | 4 | 4 | Garcia | Perla | Lopez | F | H | | 21 | CA |

| RESIDENCE ADDRESS | | | | | CITY | | | RESIDENCE PHONE (Area Code) None |
|---|---|---|---|---|---|---|---|---|

BUSINESS / SCHOOL (GRADE) ADDRESS
8859 Alondra Boulevard  — CITY Paramount  STATE CA  ZIP 90723  BUSINESS PHONE (Area Code) (562) 630-2247

ETHNIC ORIGIN  EMAIL ADDRESS  SOCIAL NETWORKING ACCOUNT  CELL PHONE (Area Code) None  ENGLISH SPEAKING? ☒ YES ☐ NO

VICTIM OF OFFENSE(S) (CLASSIFICATION) #  1  #  4  #   VICTIM DESIROUS OF PROSECUTION? YES   VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?   LANGUAGE

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|
| W | 1 | 2 | Polk | Lashanne | R. | F | B | | 26 | NONE ISSUED |

| RESIDENCE ADDRESS | | | | | CITY | | | RESIDENCE PHONE (Area Code) None |
|---|---|---|---|---|---|---|---|---|

BUSINESS / SCHOOL (GRADE) ADDRESS
Unemployed  — CITY  STATE CA  ZIP  BUSINESS PHONE (Area Code) None

ETHNIC ORIGIN  EMAIL ADDRESS  SOCIAL NETWORKING ACCOUNT  CELL PHONE (Area Code) None  ENGLISH SPEAKING? ☒ YES ☐ NO

VICTIM OF OFFENSE(S) (CLASSIFICATION) #   VICTIM DESIROUS OF PROSECUTION?   VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?   LANGUAGE

**CODE:  S - SUSPECT  •  SJ - SUBJECT  •  M - PATIENT  •  S/V - SUSPECT / VICTIM  •  SJ / V - SUBJECT / VICTIM**

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|
| S | 3 | 3 | Unknown | | | | | |

| SEX | RACE | ETHNIC ORIGIN | HAIR | EYES | HEIGHT | WEIGHT | CELL PHONE (Area Code) |
|---|---|---|---|---|---|---|---|

RESIDENCE ADDRESS  CITY  STATE  ZIP  RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS  CITY  STATE  ZIP  BUSINESS PHONE (Area Code)

AKA  EMAIL ADDRESS  SOCIAL NETWORKING ACCOUNT  ENGLISH SPEAKING? ☐ YES ☐ NO

MONIKER  BOOKING NUMBER  LANGUAGE  WHERE DETAINED OR CITE NUMBER

211PC;2800.2(a)VC;594(b)(1)PC;207(a)    N.I.C

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|

| SEX | RACE | ETHNIC ORIGIN | HAIR | EYES | HEIGHT | WEIGHT | CELL PHONE (Area Code) |
|---|---|---|---|---|---|---|---|

RESIDENCE ADDRESS  CITY  STATE  ZIP  RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS  CITY  STATE  ZIP  BUSINESS PHONE (Area Code)

AKA  EMAIL ADDRESS  SOCIAL NETWORKING ACCOUNT  ENGLISH SPEAKING? ☐ YES ☐ NO

MONIKER  CHARGE  BOOKING NUMBER  LANGUAGE  WHERE DETAINED OR CITE NUMBER

76C300F - SH-R-49 (Rev. 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
**INCIDENT REPORT CONTINUATION**

| | | |
|---|---|---|
| URN# 920-02079-1369-032 | TAG# 382 | PAGE 3 OF 13 |

| CLASSIFICATION # / LEVEL / STAT CODE |
|---|
| CLASSIFICATION # / LEVEL / STAT CODE |
| CLASSIFICATION # / LEVEL / STAT CODE |

**VEHICLE**

VEHICLE FOR VICTIM #    LICENSE (STATE & NUMBER)    YEAR   MAKE   MODEL   BODY TYPE   COLOR

VEHICLE FOR SUSPECT #    REGISTERED OWNER    IDENTIFYING FEATURES

STATUS    CHP 180 SUBMITTED?    GARAGE NAME & PHONE

DESCRIPTION OF DAMAGE

---

CODE: V - VICTIM  •  W - WITNESS  •  I - INFORMANT  •  R - REPORTING PARTY  •  P - PARTY

| CODE W | # 2 | of 2 | LAST NAME Matamoros | FIRST NAME Javier | MIDDLE NAME N.M.N | SEX M | RACE H | DOB | AGE 61 | DRIVER'S LICENSE / STATE ID ████ /CA |
|---|---|---|---|---|---|---|---|---|---|---|

RESIDENCE ADDRESS ████████    CITY ████    STATE CA    ZIP ████    RESIDENCE PHONE (Area Code) None

BUSINESS / SCHOOL (GRADE) ADDRESS Unemployed    CITY    STATE    ZIP    BUSINESS PHONE (Area Code) None

ETHNIC ORIGIN    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    CELL PHONE (Area Code) ████

VICTIM OF OFFENSE(S) (CLASSIFICATION) #    VICTIM DESIROUS OF PROSECUTION? YES    VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?    ENGLISH SPEAKING? ☐ YES ☐ NO

# #    of    LANGUAGE

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|

RESIDENCE ADDRESS    CITY    STATE    ZIP    RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS    CITY    STATE    ZIP    BUSINESS PHONE (Area Code)

ETHNIC ORIGIN    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    CELL PHONE (Area Code)

VICTIM OF OFFENSE(S) (CLASSIFICATION) #    VICTIM DESIROUS OF PROSECUTION?    VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?    ENGLISH SPEAKING? ☐ YES ☐ NO

# #    of    LANGUAGE

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|---|---|

RESIDENCE ADDRESS    CITY    STATE    ZIP    RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS    CITY    STATE    ZIP    BUSINESS PHONE (Area Code)

ETHNIC ORIGIN    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    CELL PHONE (Area Code)

VICTIM OF OFFENSE(S) (CLASSIFICATION) #    VICTIM DESIROUS OF PROSECUTION?    VICTIM OF SEX CRIME DESIROUS OF CONFIDENTIALITY?    ENGLISH SPEAKING? ☐ YES ☐ NO

# #    of    LANGUAGE

---

CODE: S - SUSPECT  •  SJ - SUBJECT  •  M - PATIENT  •  S/V - SUSPECT / VICTIM  •  SJ / V - SUBJECT / VICTIM

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|

SEX    RACE    ETHNIC ORIGIN    HAIR    EYES    HEIGHT    WEIGHT    CELL PHONE (Area Code)

RESIDENCE ADDRESS    CITY    STATE    ZIP    RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS    CITY    STATE    ZIP    BUSINESS PHONE (Area Code)

AKA    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    ENGLISH SPEAKING? ☐ YES ☐ NO

MONIKER    CHARGE    BOOKING NUMBER    LANGUAGE / WHERE DETAINED OR CITE NUMBER

| CODE | # | of | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | AGE | DRIVER'S LICENSE / STATE ID |
|---|---|---|---|---|---|---|---|---|

SEX    RACE    ETHNIC ORIGIN    HAIR    EYES    HEIGHT    WEIGHT    CELL PHONE (Area Code)

RESIDENCE ADDRESS    CITY    STATE    ZIP    RESIDENCE PHONE (Area Code)

BUSINESS / SCHOOL (GRADE) ADDRESS    CITY    STATE    ZIP    BUSINESS PHONE (Area Code)

AKA    EMAIL ADDRESS    SOCIAL NETWORKING ACCOUNT    ENGLISH SPEAKING? ☐ YES ☐ NO

MONIKER    CHARGE    BOOKING NUMBER    LANGUAGE / WHERE DETAINED OR CITE NUMBER

76C300F - SH-R-49 (Rev. 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

*A TRADITION OF SERVICE*

**INCIDENT REPORT**

URN# 920-02079-1369-032

TAG # 382

DATE 01-28-2020   PAGE 4 OF 13

| VEHICLE | LICENSE (STATE & NUMBER) | | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|---|
| VEHICLE FOR VICTIM # | | | | | | | |
| VEHICLE FOR SUSPECT # | REGISTERED OWNER | | IDENTIFYING FEATURES | | | | |
| STATUS | | CHP 180 SUBMITTED? | GARAGE NAME & PHONE | | | | |
| DESCRIPTION OF DAMAGE | | | | | | | |

| VEHICLE | LICENSE (STATE & NUMBER) | | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|---|
| VEHICLE FOR VICTIM # | | | | | | | |
| VEHICLE FOR SUSPECT # | REGISTERED OWNER | | IDENTIFYING FEATURES | | | | |
| STATUS | | CHP 180 SUBMITTED? | GARAGE NAME & PHONE | | | | |
| DESCRIPTION OF DAMAGE | | | | | | | |

## SCREENING FACTORS

| | | | | | |
|---|---|---|---|---|---|
| ☒ | 1. SUSPECT IN CUSTODY | ☐ | 3. UNIQUE SUSPECT IDENTIFIERS | ☐ | 5. UNIQUE VEHICLE IDENTIFIERS |
| ☐ | 2. SUSPECT NAMED / KNOWN | ☐ | 4. VEHICLE IN CUSTODY | ☐ | 6. WRITER/REVIEWER DISCRETION |

## PROPERTY CODE:

S – STOLEN • R – RECOVERED • L – LOST • F – FOUND • E – EMBEZZLED • D – DAMAGED • K – SAFEKEEPING
(Use all applicable Codes; for example, if property is both Stolen and Recovered, Code is S/R)

RELEASED TO

| CODE | ITEM # | QUAN. | DESCRIPTION (Include kind of article, trade name, identifying numbers, physical description, material, color, condition, age and present market value) | SERIAL # | VALUE |
|---|---|---|---|---|---|
| | | | | | |

76C300F - SH-R-49 (Rev. 4/2014)

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT EVIDENCE AND PROPERTY PAGE

Lakewood Station
URN FILE#: 920-02079-1369-032

Page 1 of 4 of Listed Evidence

EV = Evidence    F = Found    F250 = Found greater than $250    S = Surrendered    K = Safekeeping    P = Inmate Property

| CAT | ITEM # | CSI # | QUAN | DESCRIPTION | VALUE | BOOKED BY | BOOKING DATE | BARCODE # |
|-----|--------|-------|------|-------------|-------|-----------|--------------|-----------|
| EV | 1 | | 1 | Clothing, Shoes, Eyewear - 1 small black bag containing miscellaneous property, 1 black pair of "Jordan" shoes, 1 red extra small "Aeropostale" long sleeve, and green "Hanes" large boxer briefs<br>Article: CLOTHING (multiple items)<br>Make: Unknown<br>Model: Unknown<br>Booked At: PATROL STATION | | Martin C Sepulveda #650100 | 01/27/2020 | |
| EV | 2 | | 1 | Purse, Wallet, Backpack, Handbag, etc - 1 blue and white "Fils" wallet containing 1 CDL belonging to "Pinkney,Angelo".<br>CDL#: Y2863844<br>Article: WALLET<br>Make: FILS<br>Booked At: PATROL STATION | | Martin C Sepulveda #650100 | 01/27/2020 | |
| EV | 3 | | 1 | Clothing, Shoes, Eyewear - 1 Black Medium "Locked and Loaded" short sleeve t-shirt, black and white stripped "Polo" boxers, and Large gray "Nike" sweatpants<br>Article: CLOTHING (multiple items)<br>Make: Unknown<br>Model: Unknown<br>Booked At: PATROL STATION | | Martin C Sepulveda #650100 | 01/27/2020 | |
| EV | 4 | | 1 | Clothing, Shoes, Eyewear - 1 blue medium "32 degrees Heat" zippered hoodie jacket<br>Article: SWEATSHIRT<br>Make: Unknown<br>Model: Unknown<br>Booked At: PATROL STATION | | Martin C Sepulveda #650100 | 01/27/2020 | |
| EV | 5 | | 1 | Currency (US) - U.S. currency recovered at the scene of the traffic collision. | $4,540.00 | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 6 | | 1 | CDs/Video - (2) compact discs containing video footage of the incident | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 7 | | 1 | Phones/Cell - (1) White Apple iPhone 8 Plus 64gb<br>Article: Cell Phone<br>Make: Apple<br>Model: iPhone 8 Plus<br>Serial Number: FD5VF2F4JCM3<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |

| COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT EVIDENCE AND PROPERTY PAGE |
|---|
| Lakewood Station |
| URN FILE#: 920-02079-1369-032 |

Page 2 of 4 of Listed Evidence

EV = Evidence     F = Found     F250 = Found greater than $250     S = Surrendered     K = Safekeeping     P = Inmate Property

| CAT | ITEM # | CSI # | QUAN | DESCRIPTION | VALUE | BOOKED BY | BOOKING DATE | BARCODE # |
|---|---|---|---|---|---|---|---|---|
| EV | 8 | | 1 | Phones/Cell - (1) Black Samsung A600T cellphone<br>Article: Cell Phone<br>Make: Samsung<br>Model: A600T<br>Serial Number: Unknown<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 9 | | 1 | Phones/Cell - (1) Rose Gold Apple iPhone X cellphone<br>Article: Cell Phone<br>Make: Apple<br>Model: iPhone X<br>Serial Number: Unknown<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 10 | | 1 | Firearm - (1) Black Taurus Mod. PT111 G2A Pistol<br>Firearm Rendered Safe: Yes<br>Category: Pistol - Semi Automatic<br>Make: Taurus Intl. US<br>Model: PT111 G2A<br>Firearm Serial Number: TLU72900<br>Caliber Family: 9<br>Barrel Length: 4<br>Firearm Color: Black<br>Magazine Present: Yes<br>Submitted Ammo Qty (#): 9<br>Booked At: OTHER | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 11 | | 1 | Firearm Parts/Accessories - (1) BLACK 12 ROUND MAGAZINE CONTAINING 9, (9MM LUGER RDS "BLAZER")<br>Article: Magazine<br>Make: TAURUS<br>Model: Not Applicable<br>Serial Number: Not Applicable<br>Magazine Present: Yes<br>Submitted Ammo Qty (#): 9 | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 12 | | 1 | Clothing, Shoes, Eyewear - (1) BLUE PAISLEY BANDANA<br>Article: SCARF/BANDANA<br>Make: Unknown<br>Model: Unknown<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT EVIDENCE AND PROPERTY PAGE

Lakewood Station
URN FILE#: 920-02079-1369-032

Page 3 of 4 of Listed Evidence

EV = Evidence    F = Found    F250 = Found greater than $250    S = Surrendered    K = Safekeeping    P = Inmate Property

| CAT | ITEM # | CSI # | QUAN | DESCRIPTION | VALUE | BOOKED BY | BOOKING DATE | BARCODE # |
|-----|--------|-------|------|-------------|-------|-----------|--------------|-----------|
| EV | 13 | | 1 | Clothing, Shoes, Eyewear - (1) WHITE GLOVE WITH BLUE RUBBER GRIP FOR RIGHT HAND<br>Article: GLOVES<br>Make: Unknown<br>Model: Unknown<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 14 | | 1 | Clothing, Shoes, Eyewear - (1) GREY GLOVE WITH BLUE RUBBER GRIP FOR LEFT HAND<br>Article: GLOVES<br>Make: Unknown<br>Model: Unknown<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 15 | | 1 | Clothing, Shoes, Eyewear - (1) MEDIUM BLUE FRUIT OF THE LOOM TANK TOP<br>Article: SHIRT<br>Make: FRUIT OF THE LOOM<br>Model: Unknown<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 16 | | 1 | Clothing, Shoes, Eyewear - (1) PAIR OF BROWN/BLACK FABRIC GLOVES<br>Article: GLOVES<br>Make: Unknown<br>Model: Unknown<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 17 | | 1 | Purse, Wallet, Backpack, Handbag, etc - (1) RED JORDAN FANNYPACK (1) BLUE/BLACK NAUTICA BACKPACK<br>Article: BACKPACK<br>Make: NAUTICA<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 18 | | 1 | Purse, Wallet, Backpack, Handbag, etc - (1) BROWN/PURPLE TRAILMAKER BACKPACK<br>Article: BACKPACK<br>Make: TRAILMAKER<br>Booked At: PATROL STATION | | Brandon De Medeiros #646988 | 01/27/2020 | |
| EV | 19 | | 1 | Checks, Credit Cards, Gift Cert. - BANK OF AMERICA MONEY ORDER CHECKS<br>Article: CASHIER'S CHECK<br>Make: Not Applicable<br>Model: Not Applicable | | Brandon De Medeiros #646988 | 01/27/2020 | |

Page _B_ of _13_ of Incident Report

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT EVIDENCE AND PROPERTY PAGE

Lakewood Station
URN FILE#: 920-02079-1369-032

Page 4 of 4 of Listed Evidence

EV = Evidence    F = Found    F250 = Found greater than $250    S = Surrendered    K = Safekeeping    P = Inmate Property

| CAT | ITEM # | CSI # | QUAN | DESCRIPTION | VALUE | BOOKED BY | BOOKING DATE | BARCODE # |
|-----|--------|-------|------|-------------|-------|-----------|--------------|-----------|
|     |        |       |      | Serial Number: Not Applicable |       |           |              |           |
|     |        |       |      | Face Value: Unknown |       |           |              |           |

9

920-02079-1369-032

My partner (Deputy Peters #552146) and I (Deputy Davis #600724) responded to 8859 Alondra Boulevard regarding a Robbery now call, (Tag #382). Details in the call stated two male adults were seen leaving in a grey sedan. The call further stated that the vehicle was going southbound on Lakewood Boulevard.

As we arrived on scene we were contacted by an anonymous informant who was exiting the parking lot of the "CVS" onto Lakewood Boulevard. The anonymous information stated the vehicle fled westbound on Alondra Boulevard and it was described as a silver four door sedan with black and white paper plates. Using my handheld radio, I informed assisting units of a vehicle description and a last seen direction of travel. A short time later Deputy Orihuela #619491 (Unit #136A) stated he observed a vehicle travelling westbound on Alondra Boulevard which matched the description of the vehicle used during the Robbery. Deputy Orihuela attempted to conduct a traffic stop of the vehicle at which time the suspect refused to stop. After a vehicle pursuit ensued the suspect vehicle collided into another vehicle on the 91 freeway westbound just east of Atlantic Avenue. The suspect's fled from the vehicle and a containment and command post was established. (See Deputy Orihuela's Supplemental Report for additional information). While assisting deputy personnel were searching for the suspect's, Deputy Peters and I contacted several store employees who were inside the location at the time of incident.

I contacted an employee at the location (later identified as V/Montes) who told me the following:

V/Montes stated she was behind the cash register which is located on the south side of the store. As she was checking out a customer, she noticed a male wearing a grey hooded sweater (later identified as S/1) enter the location via the south facing entrance / exit doors. Once inside the suspect immediately walked behind the cash register area and stated, "Give me the money." A short time later she observed an additional male wearing a blue hooded sweater (later identified as S/2) walk behind the cash register. Once S/2 arrived behind the cash register he began removing money from the register till. S/1 immediately turned V/Montes so she was facing the opposite direction. S/2 then asked V/Montes, "Where's the manager." V/Montes became afraid and told S/2 that she did not know where the manager was. Without warning S/2 began pushing her northbound through the location down aisle #9 before pushing her westbound down the center aisle of the location. As S/2 pushed V/Montes through the location she felt an object placed on the right side of her back. V/Montes turned her head, looked to the side and immediately identified the object placed in her back as being a firearm.

A short time later V/Montes located her manager (later identified as V/Diaz) who was standing in aisle #3. S/2 immediately directed his attention to V/Diaz and demanded her to show him where the safe was located. Fearing for her safety, V/Diaz walked toward the west side of the location where the safe was located. V/Diaz then opened the safe for S/2 at which time he began yelling, "Hurry Up put it in the bag." V/Montes stood beside V/Diaz as she removed money from the safe and placed it in a bag carried by S/2. S/2 then fled the office area and out of view. V/Montes remained inside the office for a short time before exiting. V/Montes was unable to provide me with a vehicle description or a direction of travel.

V/Montes described S/1 as being a male black, approximately 5'7"-5'8" wearing a grey hooded sweater (NFD).

920-02079-1369-032

V/Montes described S/2 as being a male black, approximately 5'10" wearing a blue hooded sweater (NFD).

V/Montes described the firearm as being a black semi-automatic handgun which was slightly discolored.

I contacted another employee at the location (later identified as V/Diaz) who told me the following:

V/Diaz stated she is the store manager. V/Diaz stated she was standing in aisle #3 when she heard customers running through the store yelling, "They have a gun." Shortly thereafter she observed V/Montes being pushed southbound through the store by a male wearing a blue hooded sweater (S/2). V/Diaz immediately noticed that S/2 had a firearm placed in V/Montes' back as he was directing her throughout the store. As V/Montes approached V/Diaz, S/2 immediately yelled, "Get in the office right now." Fearing for her safety and the fact S/2 was armed with a firearm, V/Diaz began walking toward the west side of the store where the safe was located. Once inside the office area, V/Diaz opened the safe and began placing money inside a bag being carried by S/2. V/Diaz said some money fell onto the floor at which time S/2 yelled, "Pick that shit up." V/Diaz recovered the money from off the floor and placed it into a dark colored bag. V/Diaz stated a short time thereafter a male adult wearing a grey hooded sweater (S/1) entered the office area where the safe was located. S/1 assisted S/2 with recovering money from off the floor. S/1 and S/2 then fled the office and out of view.

V/Diaz could not provide me with a last seen direction of travel for S/1 and S/2 or a vehicle description.

V/Diaz described S/1 as being a male black, approximately 5'7" wearing a grey hooded sweater (NFD).

V/Diaz described S/2 as being a male black, approximately 5'10" wearing a blue hooded sweater (NFD).

V/Diaz described the firearm as being a black semi-automatic handgun which was slightly discolored.

Deputy Peters contacted an additional store employee (later identified as V/Garcia) who told him the following:

V/Garcia stated she was stocking shelves on aisle #9 when she was approached by a male wearing a grey hooded sweater (S/1) holding a purple colored backpack and a male wearing a dark blue hooded sweater (S/2) carrying a firearm. V/ Garcia stated S/2 grabbed her by her right arm and stated, "Where is the manager." At this point S/1 then grabbed V/Garcia's left hand with both of his hands. S/1 then began pushing V/Garcia southbound toward the front of the store where the cash registers are located. S/1 pushed V/Garcia behind the cash registers and demanded she open it. Once the cash register was open, S/1 removed cash from the till and placed it into the purpled colored backpack he was carrying. S/1 then ran westbound through the store and toward the office where the safe was located. A short time later, V/Garcia observed S/1 and S/2 run eastbound through the store and they exited out the south entrance / exit door.

V/Garcia described S/1 as being a male black, approximately 5'7" wearing a grey hooded sweater (NFD).

V/ Garcia described S/2 as being a male black, approximately 5'10" wearing a blue hooded sweater (NFD).

V/Garcia was unable to describe the firearm other than that it was dark in color.

11

920-02079-1369-032

I contacted a witness (later identified as W/Polk) who told me the following:

W/Polk stated she is an employee at the location. W/Polk stated she was down aisle #8 or #9 toward the rear (north) side of the store when she overheard somebody yelling, "Call the police." Believing something was occurring inside the store, W/Polk looked up and observed a male wearing a blue hooded sweater (S/2) and a male wearing a grey hooded sweater (S/1) near V/Montes. W/Polk stated she overheard S/2 yell, "Where's the manager" as he pushed her throughout the store. Due to the fact W/Polk stayed where she was at she did not witness anything further.

W/Polk described S/1 as being a male black, approximately 5'07" wearing a grey hooded sweater carrying a small blue bag (NFD).

W/Polk described S/2 as being a male black, approximately 5'10" wearing a blue hooded sweater.

Deputy Peters contacted an additional witness (later identified as W/Matamoros) who told him the following:

W/Matamoros stated he was located in aisle #19 when he was walking toward the front of the store. As he walked southbound down aisle #19, he observed a male black wearing a blue hooded sweater (S/2) holding a firearm in V/Montes back. W/Matamoros stated S/2 appeared to have been pushing V/Montes through the store and toward the west side of the location. W/Matamoros lost visual of S/2 and V/Montes as he pushed her into the office / safe area of the location. W/Matamoros stated a short time later he observed S/2 exit the south facing entrance / exit door. W/Matamoros also stated he observed S/2 enter a vehicle at which time the vehicle fled eastbound out of the parking lot and onto Lakewood Boulevard.

W/Matamoros described S/2 as a male black, approximately 5'10" wearing a blue hooded sweater.

W/Matamoros described the suspect's vehicle as being a silver four door sedan with black and white paper plates.

Deputy Peters contacted an employee at the location (Duran, Leslie FH/████████████ who provided him with video footage of the incident. I reviewed video footage of the incident and observed the following:

Deputy Peters observed a two males enter the south facing doors to the business. Once inside the suspects approached V/Montes, V/Diaz and V/Garcia to the cash register and safe area which is located on the west side of the business. The suspects removed money from the cash register as well as from the safe. The suspects fled eastbound through the location and out of the south facing entrance / exit doors. The suspects entered a vehicle which was parked on the south side of the business.

S/1 was described as a male wearing a grey hooded sweat shirt, dark colored pants, wearing blue gloves and carrying a purple colored backpack.

S/2 was described as a male wearing a blue hooded sweat shirt, light colored pants, wearing dark colored gloves carrying a red colored fanny pack and holding a black handgun.

S/3 was the driver of the vehicle and we were unable to obtain a clothing description.

12

920-02079-1369-032

The suspect vehicle was described as an older model four door sedan.

While conducting my investigation assisting deputy personnel began canvassing the area for the suspect's following the pursuit and traffic collision. During their canvass, Deputy Herrera #407851 (Unit #132T1) was flagged down by citizens who informed him that a suspect was seen running northbound on Lime Street toward 68th Street, (See Deputy Herrera's supplemental report for additional information). Deputy Sepulveda #650100 (Unit #132H) responded to 6810 Eastondale Avenue and assisted with the investigation. Deputy Sepulveda recovered several articles of clothing at that location, (See Deputy Sepulveda's supplemental report for additional information).

A short time later Long Beach Police Department received a call for service which stated a male black adult was in the backyard of 664 68th Street. Deputy Mastanuono #608275 (Unit #132G7) and Deputy Orihuela arrived at the location a short time later, (See Deputy Mastantuono's and Deputy Orihuela's supplemental report for additional information).

Deputy Adams arrived on scene of the traffic collision. While on scene Deputy Adams observed three suspects flee from the vehicle. Deputy Adams canvassed the area for the suspects and / or evidence. During his canvass, Deputy Adams located several pieces of evidence pertaining to the Robbery, (See Deputy Adam's supplemental report for additional information).

It should be noted that following the traffic collision Deputy Colon #524069 (Unit #133A) arrived on scene and searched the suspect's vehicle. Deputy Colon located several pieces of evidence pertaining to the incident, (See Deputy Colon's supplemental report for additional information). Deputy Colon transported evidence which was recovered from inside the suspect's vehicle to our location to have the victim's identify it.

- I showed V/Montes the firearm recovered inside the vehicle which she positively identified as being the firearm used by S/2 during the incident. V/Montes also positively identified a red "Jordan" fanny pack which was recovered from inside the suspect's vehicle as being a bag S/1 used to place money into.
- I showed V/Diaz the firearm recovered inside the vehicle which she positively identified as being the firearm used by S/2 during the incident. V/Diaz stated she identified the firearm from discolor and rust. V/Diaz also positively identified a small blue "Nautica" backpack as being a backpack held by S/2 during the incident.
- V/Garcia positively identified a purple "Trailmaker" backpack as being the backpack held by S/1 during the incident.

Deputy De Medeiros #646988 (Unit #133), Deputy Valdez #644852 (Unit #136K), Deputy Phillip #626678 (Unit #132B), and Deputy Colon #524069 (Unit #133A) arrived on scene and assisted with the field identification of the suspects, (See their supplemental reports for additional information).

Based on the fact the suspects were driving a vehicle which matched the description of the vehicle provided by the anonymous citizen, the fact the suspects failed to yield, coupled with the victims and witnesses statements and positive identification of evidence located inside the vehicle, we placed the suspect's under arrest for Robbery, 211 P.C., Kidnapping, 207(a) P.C., and Felony Evading, 2800.02(a) C.V.C.

13

920-02079-1369-032

It should be noted that during the investigation S/Pinkney kicked two windows to a patrol vehicle causing severe damage, (See Deputy Hernandez #624036 and Deputy Herrera's supplemental reports for additional information). S/Pinkney was additionally charged for Vandalism, 594(b)(1) P.C.

Deputy Hernandez transported S/Pinkney and Deputy Mastantuono transported S/Perry to Lakewood Sheriff's Station where they were booked with the approval of Watch Commander, Lieutenant Battee.

Deputy Campise #625459 (Unit #136B) responded to the Lakewood Station Jail where he collected S/Pinkney's and S/Perry's clothing, (See Deputy Campise's supplemental report for additional information).

Several photographs were taken of the incident and uploaded to the Lakewood Station Detective Bureau Shared Files.

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CRIME ANALYSIS SUPPLEMENTAL FORM -- SUSPECT / SUBJECT INFORMATION**

PAGE _1_ OF _2_

URN _920-02079-1369-032_

BY DEP _Davis, D._

EMPLOYEE # _600724_

SUSPECT # _1_   NAME _Pinkney, Angelo_
SUBJECT

SUSPECT # _2_   NAME _Perry, Daion_
SUBJECT

| CLOTHING DESCRIPTION | |
| --- | --- |
| ITEM TYPE | DESCRIPTION |
| SHIRT | RED |
| PANTS | BLACK |
| | |
| | |
| | |

**ITEM TYPES**
CAP / HAT
COAT / JACKET
DRESS / SKIRT
GLASSES
GLOVES
JEWELRY
PANTS
SHIRT / BLOUSE
SHOES
SHORTS
OTHER

| CLOTHING DESCRIPTION | |
| --- | --- |
| ITEM TYPE | DESCRIPTION |
| SHIRT | BLACK |
| PANTS | GREY |
| | |
| | |
| | |

| L | R | UNK | BODY PART | SCARS / MARKS / TATTOOS / ODDITIES |
| --- | --- | --- | --- | --- |
| X | | | Forear | "Josephine" |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| L | R | UNK | BODY PART | SCARS / MARKS / TATTOOS / ODDITIES |
| --- | --- | --- | --- | --- |
| | | | | None Seen |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

☐ SUSPECTED GANG MEMBER   NAME OF GANG

☐ SUSPECTED GANG MEMBER   NAME OF GANG

**HAIR LENGTH**
☐ ☐ COLLAR
☑ ☐ LONG
☑ ☐ SHORT
☐ ☐ SHOULDER

**HAIR TYPE**
☐ ☐ BALD
☐ ☐ RECEDING
☑ ☑ THICK
☐ ☐ THINNING
☐ ☐ WIG

**HAIR STYLE**
☐ ☐ AFRO / NATURAL
☐ ☐ BRAIDED / DREDLOCKS
☐ ☐ BUSHY
☐ ☐ BUTCH
☐ ☐ COMBED BACK
☐ ☐ CURLERS
☐ ☐ CURLY
☐ ☐ FLAT TOP
☐ ☐ GREASY
☐ ☐ JHERI CURL
☐ ☐ MILITARY
☐ ☐ NETS
☐ ☐ PONY TAIL
☐ ☐ PROCESSED
☐ ☐ PUNK
☐ ☐ SHAVED
☐ ☐ STRAIGHT
☐ ☐ WAVY

**COMPLEXION**
☐ ☐ ACNE / POCKED
☐ ☐ ALBINO
☑ ☑ DARK
☐ ☐ FRECKLED
☐ ☐ LIGHT / FAIR
☐ ☐ MEDIUM
☐ ☐ PALE
☐ ☐ RUDDY
☐ ☐ SALLOW
☐ ☐ TANNED
☐ ☐ WEATHERED
☐ ☐ WRINKLED

**FACIAL HAIR**
☐ ☐ BEARD
☐ ☐ CLEAN SHAVEN
☑ ☐ FUZZ
☐ ☐ GOATEE
☐ ☐ LOWER LIP
☐ ☐ MOUSTACHE
☐ ☐ SIDE BURNS
☐ ☐ UNSHAVEN

**TEETH**
☐ ☐ BROKEN / CHIPPED
☐ ☐ BRACES
☐ ☐ BUCK
☑ ☐ CROOKED
☐ ☐ DECAYED
☐ ☐ FALSE
☐ ☐ GAP / SPACE
☐ ☐ GOLD CAP
☐ ☐ JEWELED
☐ ☐ MISSING
☐ ☐ NONE
☐ ☐ SILVER CAP
☐ ☐ STAINED

**SPEECH**
☐ ☐ ACCENT
☐ ☐ DISGUISE
☐ ☐ LISPS
☑ ☐ MUMBLES
☐ ☐ RAPID
☐ ☐ RASPY
☐ ☐ SLOW
☐ ☐ SLURRED
☐ ☐ STUTTER

**HANDED**
☐ ☐ LEFT
☑ ☐ RIGHT
☐ ☐ BOTH

**WEAPON**
**FIREARM**
Style:
☐ ☐ MULTIPLE
☐ ☐ BB / PELLET
☑ ☐ HANDGUN
☐ ☐ RIFLE
☐ ☐ SAWED OFF
☐ ☐ SHOTGUN
☐ ☐ SIMULATED
☐ ☐ ZIP GUN

Action:
☐ ☐ DERRINGER
☐ ☐ FULLY AUTO
☐ ☐ PUMP
☐ ☐ REVOLVER
☑ ☐ SEMI AUTO
☐ ☐ SINGLE SHOT

Barrel Type:
☑ ☐ SINGLE BARREL
☐ ☐ DOUBLE BARREL
☐ ☐ THREE BARREL
☐ ☐ 4 OR MORE BARREL

Color / Finish:
☐ ☐ BLUE STEEL
☐ ☐ CHROME / NICKEL
☑ ☐ DULL BLACK
☐ ☐ RUSTED
☐ ☐ STAINLESS STEEL

Grip / Stock:
☐ ☐ ALTERED
☐ ☐ BONE / PEARL / IVORY
☐ ☐ COLLAPSES / FOLDABLE
☑ ☐ METAL / PLASTIC
☐ ☐ NO GRIP
☐ ☐ RUBBER / VINYL
☐ ☐ TAPED
☐ ☐ THUMB HOLE
☐ ☐ WOOD

☐ ☐ GAUGE

☐ ☐ CALIBER

**KNIFE**
Style:
☐ ☐ MULTIPLE
☐ ☐ BUCK
☐ ☐ BUTCHER / KITCHEN
☐ ☐ DIRK / DAGGER / STILETTO
☐ ☐ HUNTING / BOWIE
☐ ☐ SIMULATED
☐ ☐ SWITCHBLADE
☐ ☐ TOY
☑ ☐ N/A

Blade:
☐ ☐ FIXED
☐ ☐ FOLDING

**CHEMICAL**
☐ ☐ CAUSTIC
☐ ☐ INFECTIOUS
☐ ☐ MACE
☐ ☐ PEPPER SPRAY
☐ ☐ SIMULATED
☐ ☐ TEAR GAS
☐ ☐ TOXIC
☑ ☐ N/A

**BLUNT INSTRUMENT**
☐ ☐ BASEBALL BAT
☐ ☐ BILLY CLUB
☐ ☐ BRASS KNUCKLES
☐ ☐ BRICK / ROCK / BOTTLE
☐ ☐ CLUB / BLUDGEON
☐ ☐ HAMMER / TOOL
☐ ☐ NUNCHAKUS
☐ ☐ TIRE IRON
☑ ☐ N/A

**CUT / STAB**
☐ ☐ BAYONET / SWORD
☐ ☐ BOTTLE / GLASS
☐ ☐ ICE PICK
☐ ☐ MACHETE
☐ ☐ RAZOR
☐ ☐ SCREWDRIVER
☐ ☐ THROWING STARS
☑ ☐ N/A

**EXPLOSIVE / INCENDIARY**
☐ ☐ FIREWORKS
☐ ☐ MOLOTOV COCKTAIL
☑ ☐ N/A

**OTHER WEAPON**
☐ ☐ BODILY FORCE
☐ ☐ LIGATURE
☐ ☐ SLING SHOT
☐ ☐ SYRINGE
☐ ☐ TASER / STUN GUN
☑ ☐ N/A

**RELATIONSHIP OF VICTIM TO SUSPECT:**
V# ___ V# ___ ACQUAINTANCE
V# ___ V# ___ BABYSITTEE (PERSONS WATCHED / BABY)
V# ___ V# ___ BOYFRIEND / GIRLFRIEND
V# ___ V# ___ CHILD
V# ___ V# ___ CHILD OF BOYFRIEND OR GIRLFRIEND
V# ___ V# ___ COMMON-LAW SPOUSE
V# ___ V# ___ EMPLOYEE
V# ___ V# ___ EMPLOYER
V# ___ V# ___ EX-SPOUSE
V# ___ V# ___ FRIEND
V# ___ V# ___ GRANDCHILD
V# ___ V# ___ GRANDPARENT
V# ___ V# ___ HOMOSEXUAL RELATIONSHIP
V# ___ V# ___ IN - LAW
V# ___ V# ___ NEIGHBOR
V# ___ V# ___ OTHER FAMILY MEMBER
V# ___ V# ___ OTHERWISE KNOWN
V# ___ V# ___ PARENT
V# ___ V# ___ RELATIONSHIP UNKNOWN
V# ___ V# ___ SIBLING (BROTHER OR SISTER)
V# ___ V# ___ SPOUSE
V# ___ V# ___ STEPCHILD
V# ___ V# ___ STEPPARENT
V# ___ V# ___ STEPSIBLING (STEPBROTHER OR STEPSISTER)
V# ___ V# ___ VICTIM WAS OFFENDER
V# ___ V# ___ VICTIM WAS STRANGER

SH-R-49B (Rev. 07/30/09)

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CRIME ANALYSIS SUPPLEMENTAL FORM -- SUSPECT / SUBJECT INFORMATION**

PAGE 2 OF 3

URN 920-02079-1369-032

BY DEP Davis, D.

EMPLOYEE # 600724

SUSPECT # 3   NAME Unknown
SUBJECT

SUSPECT #   NAME
SUBJECT

### CLOTHING DESCRIPTION

| ITEM TYPE | DESCRIPTION |
|---|---|
|  | unknown |
|  |  |
|  |  |
|  |  |
|  |  |

### ITEM TYPES

CAP / HAT
COAT / JACKET
DRESS / SKIRT
GLASSES
GLOVES
JEWELRY
PANTS
SHIRT / BLOUSE
SHOES
SHORTS
OTHER

### CLOTHING DESCRIPTION

| ITEM TYPE | DESCRIPTION |
|---|---|
|  |  |
|  |  |

| L | R | UNK | BODY PART | SCARS / MARKS / TATTOOS / ODDITIES |
|---|---|---|---|---|
|  |  |  |  | unknown |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| L | R | UNK | BODY PART | SCARS / MARKS / TATTOOS / ODDITIES |
|---|---|---|---|---|
|  |  |  |  | None Seen |
|  |  |  |  |  |

☐ SUSPECTED GANG MEMBER   NAME OF GANG

☐ SUSPECTED GANG MEMBER   NAME OF GANG

**HAIR LENGTH**
☐ COLLAR
☐ LONG
☐ SHORT
☐ SHOULDER

**HAIR TYPE**
☐ BALD
☐ RECEDING
☐ THICK
☐ THINNING
☐ WIG

**HAIR STYLE**
☐ AFRO / NATURAL
☐ BRAIDED / DREDLOCKS
☐ BUSHY
☐ BUTCH
☐ COMBED BACK
☐ CURLERS
☐ CURLY
☐ FLAT TOP
☐ GREASY
☐ JHERI CURL
☐ MILITARY
☐ NETS
☐ PONY TAIL
☐ PROCESSED
☐ PUNK
☐ SHAVED
☐ STRAIGHT
☐ WAVY

**COMPLEXION**
☐ ACNE / POCKED
☐ ALBINO
☐ DARK
☐ FRECKLED
☐ LIGHT / FAIR
☐ MEDIUM
☐ PALE
☐ RUDDY
☐ SALLOW
☐ TANNED
☐ WEATHERED
☐ WRINKLED

**FACIAL HAIR**
☐ BEARD
☐ CLEAN SHAVEN
☐ FUZZ
☐ GOATEE
☐ LOWER LIP
☐ MOUSTACHE
☐ SIDE BURNS
☐ UNSHAVEN

**TEETH**
☐ BROKEN / CHIPPED
☐ BRACES
☐ BUCK
☐ CROOKED
☐ DECAYED
☐ FALSE
☐ GAP / SPACE
☐ GOLD CAP
☐ JEWELED
☐ MISSING
☐ NONE
☐ SILVER CAP
☐ STAINED

**SPEECH**
☐ ACCENT
☐ DISGUISE
☐ LISPS
☐ MUMBLES
☐ RAPID
☐ RASPY
☐ SLOW
☐ SLURRED
☐ STUTTER

**HANDED**
☐ LEFT
☐ RIGHT
☐ BOTH

**WEAPON**
**FIREARM**
**Style:**
☐ MULTIPLE
☐ BB / PELLET
☐ HANDGUN
☐ RIFLE
☐ SAWED-OFF
☐ SHOTGUN
☐ SIMULATED
☐ ZIP GUN
☑ N/A

**Action:**
☐ DERRINGER
☐ FULLY AUTO
☐ PUMP
☐ REVOLVER
☐ SEMI AUTO
☐ SINGLE SHOT

**Barrel Type:**
☐ SINGLE BARREL
☐ DOUBLE BARREL
☐ THREE BARREL
☐ 4 OR MORE BARREL
☑ N/A

**Color / Finish:**
☐ BLUE STEEL
☐ CHROME / NICKEL
☐ DULL BLACK
☐ RUSTED
☐ STAINLESS STEEL

**Grip / Stock:**
☐ ALTERED
☐ BONE / PEARL / IVORY
☐ COLLAPSES / FOLDABLE
☐ METAL / PLASTIC
☐ NO GRIP
☐ RUBBER / VINYL
☐ TAPED
☐ THUMB HOLE
☐ WOOD

☐ GAUGE

☐ CALIBER

**KNIFE**
**Style:**
☐ MULTIPLE
☐ BUCK
☐ BUTCHER / KITCHEN
☐ DIRK / DAGGER / STILETTO
☐ HUNTING / BOWIE
☐ SIMULATED
☐ SWITCHBLADE
☐ TOY
☑ N/A

**Blade:**
☐ FIXED
☐ FOLDING

**CHEMICAL**
☐ CAUSTIC
☐ INFECTIOUS
☐ MACE
☐ PEPPER SPRAY
☐ SIMULATED
☐ TEAR GAS
☐ TOXC
☑ N/A

**BLUNT INSTRUMENT**
☐ BASEBALL BAT
☐ BILLY CLUB
☐ BRASS KNUCKLES
☐ BRICK / ROCK / BOTTLE
☐ CLUB / BLUDGEON
☐ HAMMER / TOOL
☐ NUNCHAKUS
☐ TIRE IRON
☑ N/A

**CUT / STAB**
☐ BAYONET / SWORD
☐ BOTTLE / GLASS
☐ ICE PICK
☐ MACHETE
☐ RAZOR
☐ SCREWDRIVER
☐ THROWING STARS
☑ N/A

**EXPLOSIVE / INCENDIARY**
☐ FIREWORKS
☐ MOLOTOV COCKTAIL
☑ N/A

**OTHER WEAPON**
☐ BODILY FORCE
☐ LIGATURE
☐ SLING SHOT
☐ SYRINGE
☐ TASER / STUN GUN
☑ N/A

**RELATIONSHIP OF VICTIM TO SUSPECT:**

| V# | V# | |
|---|---|---|
|  |  | ACQUAINTANCE |
|  |  | BABYSITTEE (PERSONS WATCHED / BABY) |
|  |  | BOYFRIEND / GIRLFRIEND |
|  |  | CHILD |
|  |  | CHILD OF BOYFRIEND OR GIRLFRIEND |
|  |  | COMMON LAW SPOUSE |
|  |  | EMPLOYEE |
|  |  | EMPLOYER |
|  |  | EX-SPOUSE |
|  |  | FRIEND |
|  |  | GRANDCHILD |
|  |  | GRANDPARENT |
|  |  | HOMOSEXUAL RELATIONSHIP |
|  |  | IN - LAW |
|  |  | NEIGHBOR |
|  |  | OTHER FAMILY MEMBER |
|  |  | OTHERWISE KNOWN |
|  |  | PARENT |
|  |  | RELATIONSHIP UNKNOWN |
|  |  | SIBLING (BROTHER OR SISTER) |
|  |  | SPOUSE |
|  |  | STEPCHILD |
|  |  | STEPPARENT |
|  |  | STEPSIBLING (STEPBROTHER OR STEPSISTER) |
|  |  | VICTIM WAS OFFENDER |
|  |  | VICTIM WAS STRANGER |

SH-R-49B (Rev. 07/30/09)

# LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
## CRIME ANALYSIS SUPPLEMENTAL FORM -- M. O. FACTORS

PAGE 3 OF 3

URN 920-02079-1369-032

### AREA
- [ ] AIRPORT
- [ ] BEACH / OCEAN
- [x] COMMERCIAL
- [ ] CONSTRUCTION SITE
- [ ] DESERT
- [ ] DRIVEWAY
- [ ] FREEWAY / HIGHWAY
- [ ] GOLF COURSE
- [ ] HARBOR
- [ ] INDUSTRIAL / WHOLESALE
- [ ] MOUNTAINS / FOOTHILLS
- [ ] PARK
- [ ] RESIDENTIAL
- [ ] RIVER
- [ ] RURAL / ISOLATED
- [ ] SCHOOL GROUNDS
- [ ] SHOPPING CENTER
- [ ] SIDEWALK
- [ ] STREET / ALLEY
- [ ] TRAIN RIGHT-OF-WAY / TRACKS
- [ ] VACANT LOT / OPEN FIELD
- [ ] WATER / LAKE

### STRUCTURE: RESIDENTIAL
- [ ] APARTMENT
- [ ] CONDOMINIUM / TOWNHOUSE
- [ ] CONVALESCENT HOSPITAL
- [ ] DUPLEX
- [ ] MOBILE HOME
- [ ] SINGLE FAMILY
- [ ] VACANT
- [ ] VESSEL / BOAT
- [x] N/A

### STRUCTURE: NON-RESIDENTIAL
- [ ] BANK / FINANCE
- [ ] BAR
- [ ] BUSINESS OFFICE
- [ ] CARGO CONTAINER
- [ ] CATERING TRUCK
- [ ] ENTERTAINMENT / RECREATION
- [ ] FAST FOOD
- [ ] GAS STATION
- [ ] HOSPITAL
- [ ] HOTEL/MOTEL
- [ ] INDUSTRIAL / MANUFACTURING / WAREHOUSE
- [ ] JAIL / PRISON
- [ ] JEWELRY / COIN / PAWN
- [ ] LIQUOR
- [x] MARKET
- [ ] MINI MART
- [ ] NURSING FACILITY
- [ ] PARKING LOT / STRUCTURE
- [ ] PASSENGER STATION / PLATFORM (PAX)
- [ ] PHARMACY / MEDICAL / DENTAL
- [ ] PUBLIC BUILDING
- [ ] RELIGIOUS BUILDING
- [ ] RESTAURANT
- [ ] RETAIL GOODS
- [ ] RETAIL SERVICE / REPAIR
- [ ] SCHOOL
- [ ] STORAGE / RENTAL
- [ ] TRAIN - FREIGHT
- [ ] TRAIN - PASSENGER - LIGHT RAIL
- [ ] TRAIN - PASSENGER - HEAVY RAIL
- [ ] VACANT
- [ ] VEHICLE - COMMERCIAL
- [ ] VESSEL / BOAT
- [ ] VIDEO / MUSIC

### TARGET: RESIDENTIAL
- [ ] ATTIC
- [ ] BEDROOM
- [ ] DINING ROOM
- [ ] GARAGE / PARKING AREA
- [ ] HALLWAY
- [ ] KITCHEN
- [ ] LAUNDRY ROOM
- [ ] LIVING / FAMILY ROOM
- [ ] MAIL BOX
- [ ] PATIO / PORCH
- [ ] SAFE / BOX
- [ ] STORAGE / SHED
- [ ] STABLES / TACK ROOM
- [ ] VEHICLE
- [x] N/A

### TARGET: NON-RESIDENTIAL
- [ ] AUTOMATED TELLER
- [x] CASH REGISTER / DRAWER
- [ ] CLASSROOM / SUPPLIES
- [ ] COIN OP MACHINE
- [ ] DISPLAY ITEMS
- [ ] OFFICE
- [ ] SAFE / BOX
- [ ] SNACK BAR
- [ ] STORAGE LOCKER
- [ ] VEHICLE
- [ ] VESSEL
- [ ] BICYCLIST
- [ ] CUSTOMER
- [ ] ELDER / SENIOR CITIZEN
- [ ] DISABLED PERSON
- [ ] OWNER / EMPLOYEE
- [ ] PEDESTRIAN
- [ ] HOMELESS
- [ ] VICTIM IN VEHICLE

### POINT OF ENTRY / EXIT
| | IN | EX | |
|---|---|---|---|
| | [ ] | [ ] | FRONT |
| | [ ] | [ ] | REAR |
| | [ ] | [ ] | SIDE |
| | [ ] | [ ] | GROUND LEVEL |
| | [ ] | [ ] | UPPER LEVEL |
| | [ ] | [ ] | ADJACENT BUILDING |
| | [ ] | [ ] | BASEMENT |
| | [x] | [ ] | DOOR / SCREEN |
| | [ ] | [ ] | DUCT / VENT |
| | [ ] | [ ] | FENCE / GATE |
| | [ ] | [ ] | FIREPLACE |
| | [ ] | [ ] | FLOOR |
| | [ ] | [ ] | GARAGE |
| | [ ] | [ ] | GLASS DOOR |
| | [ ] | [ ] | HOUSE BEING FUMIGATED |
| | [ ] | [ ] | LOUVRE |
| | [ ] | [ ] | MAIL SLOT |
| | [ ] | [ ] | PET DOOR |
| | [ ] | [ ] | ROOF / SKYLIGHT |
| | [ ] | [ ] | SLIDING GLASS DOOR |
| | [ ] | [ ] | WALL |
| | [ ] | [ ] | WINDOW/SCREEN |
| | [ ] | [x] | N/A |

### VEHICLE ENTRY / EXIT
| | IN | EX | |
|---|---|---|---|
| | [ ] | [ ] | CAMPER / SHELL / MOTORHOME |
| | [ ] | [ ] | CONVERTIBLE |
| | [ ] | [ ] | DOOR |
| | [ ] | [ ] | DRIVER SIDE |
| | [ ] | [ ] | HOOD |
| | [ ] | [ ] | PASSENGER SIDE |
| | [ ] | [ ] | SUNROOF |
| | [ ] | [ ] | TRUCK BED |
| | [ ] | [ ] | TRUNK |
| | [ ] | [ ] | WINDOW |
| | [ ] | [ ] | WINDWING |
| | [ ] | [x] | N/A |

### METHOD OF ENTRY
- [ ] ATTEMPT ONLY
- [ ] BODILY FORCE
- [ ] CUT
- [ ] HID IN BUILDING
- [ ] KICKED
- [ ] KNOB TWIST
- [ ] LET IN / RUSE
- [ ] LOCK IN
- [ ] LOCK BOX
- [ ] LOCK CUT / BROKEN
- [ ] LOCK PUNCHED
- [ ] LOCK SLIP / KEY / PICK
- [ ] NO FORCE
- [ ] OPEN FOR BUSINESS
- [ ] OPEN / UNLOCKED
- [ ] PHONE
- [ ] PRIED
- [ ] REMOVED
- [ ] SMASHED
- [ ] TUNNELED
- [ ] UNBOLTED GATE
- [x] N/A

### METHOD OF ENTRY: TOOLS USED
- [ ] BODILY FORCE
- [ ] BOLT CUTTER
- [ ] BRICK / ROCK
- [ ] CHANNEL LOCK / PLIERS
- [ ] CUTTING INSTRUMENT
- [ ] ELECTRONIC DEVICE
- [ ] GLASS CUTTER
- [ ] KEY
- [ ] PRY TOOL
- [ ] SAW / BURN / DRILL
- [ ] SLIDE HAMMER
- [ ] SLIP DEVICE
- [ ] VEHICLE
- [x] N/A

### SECURITY SYSTEM
- [ ] NONE
- [ ] AUDIBLE ALARM
- [x] CAMERA
- [ ] CRIME WATCH
- [ ] DOG
- [ ] FENCE / BARS
- [ ] GUARD SERVICE
- [ ] OPERATION ID
- [ ] OUTSIDE LIGHTING
- [ ] SECURITY SIGN / STICKER
- [ ] SILENT ALARM
- [ ] SPECIAL LOCKS / DEADBOLT
- [ ] WINDOW BARS

### SUSPECT ACTIONS
- [ ] ATE / DRANK ON PREMISES
- [ ] CASED LOCATION
- [ ] COSTUME / DISGUISE WORN
- [ ] DEFECATED / URINATED
- [ ] DEMAND NOTE USED
- [x] DEMANDED DRUGS / MONEY / ETC
- [ ] DISABLED PHONE
- [ ] DISABLED POWER
- [ ] DISABLED SECURITY SYSTEM
- [ ] EXCESSIVE FORCE
- [ ] FIRED WEAPON
- [ ] FONDLED SELF
- [ ] GRAFFITI
- [ ] HID IN BUILDING
- [ ] IGNITION PUNCHED
- [ ] JUMPED THE COUNTER
- [ ] KNEW LOCATION OF HIDDEN CASH
- [x] MASK WORN
- [ ] MASTURBATED / EJACULATED
- [ ] PHOTOGRAPHED / VIDEOTAPED
- [ ] PILLOWCASE TAKEN / USED
- [ ] POLICE SCANNER USED
- [ ] RANSACKED
- [ ] RECORDED / LOGGED EVENTS
- [ ] RIPPED / CUT CLOTHING
- [ ] SELECTIVE PROPERTY TAKEN
- [ ] SMOKED
- [ ] TAKEOVER
- [ ] TOOK CONCEALABLES
- [ ] USED MULTIPLE WEAPONS
- [ ] USED NOTE TO REMOVE PROPERTY
- [ ] VANDALIZED
- [ ] VICTIM'S NAME USED
- [ ] VICTIM'S TOOLS USED
- [ ] WASHED CLOTHING / BEDDING
- [ ] WIPED SCENE AFTER CRIME

### SUSPECT WAS/HAD
- [ ] ALCOHOL ON BREATH
- [x] ANGRY
- [ ] APOLOGETIC
- [ ] BAD BREATH
- [ ] BODY ODOR / UNUSUAL ODOR
- [ ] GANG RELATED
- [ ] HOMELESS
- [ ] INTIMIDATED / COERCED
- [ ] NEVER SPOKE / QUIET
- [ ] POLITE / KIND
- [ ] PROFANITY
- [ ] QUOTES, UNUSUAL
- [ ] RAGE
- [ ] TRUST VIOLATION
- [ ] UNDER INFLUENCE

### SUSPECT PRETENDED TO BE
- [ ] BUSINESS PERSON
- [ ] CONVERSATION / BEFRIENDED
- [ ] CUSTOMER
- [ ] DELIVERY PERSON
- [ ] FAMILY MEMBER
- [ ] FIND MONEY
- [ ] HANDICAPPED
- [ ] HOMELESS
- [ ] LEND ASSISTANCE
- [ ] NEED ASSISTANCE OR EMERGENCY
- [ ] NEED TOILET / PHONE / WATER
- [ ] OFFERED GOODS / SERVICES
- [ ] POLICE / SECURITY
- [ ] POSITION OF TRUST
- [ ] REPAIR PERSON
- [ ] SALES PERSON
- [ ] SEEK EMPLOYMENT
- [ ] SOLICIT DONATIONS
- [ ] UTILITY EMPLOYEE
- [x] N/A

### VICTIM WAS
- [ ] ASKED TO POSE / MODEL
- [ ] BLINDFOLDED
- [ ] BOUND / GAGGED
- [ ] BURNED
- [ ] CUT / STABBED
- [ ] DISTRACTED
- [ ] DRUGGED / SEDATED
- [ ] EXPLOITED
- [ ] FACE COVERED
- [ ] FOLLOWED
- [ ] FONDLED
- [ ] FORCED TO DISROBE
- [ ] FORCED TO FONDLE SUSPECT
- [ ] FORCED TO LIE ON FLOOR
- [ ] FORCED TO MASTURBATE
- [ ] FORCED TO MOVE
- [ ] FORCED TO ORALLY COPULATE SUSPECT
- [ ] GANG RELATED
- [ ] HANDCUFFED
- [ ] HOMELESS
- [ ] INJURED / HIT
- [ ] LOCKED IN
- [ ] MADE TO COUNT
- [ ] PINCHED
- [ ] PISTOL WHIPPED
- [ ] SHOT
- [ ] SLAPPED
- [x] THREATENED
- [ ] TORTURED / MUTILATED

### BIAS-MOTIVATED INCIDENT

#### RACIAL
- [ ] ANTI - WHITE
- [ ] ANTI - BLACK
- [ ] ANTI - AMERICAN INDIAN / ALASKAN NATIVE
- [ ] ANTI - ASIAN / PACIFIC ISLANDER
- [ ] ANTI - MULTIRACIAL GROUP

#### RELIGIOUS
- [ ] ANTI - JEWISH
- [ ] ANTI - CATHOLIC
- [ ] ANTI - PROTESTANT
- [ ] ANTI - ISLAMIC (MUSLIM)
- [ ] ANTI - OTHER RELIGION
- [ ] ANTI - MULTI RELIGIOUS GROUP
- [ ] ANTI - ATHEIST / AGNOSTICISM

#### ETHNICITY / NATIONAL ORIGIN
- [ ] ANTI - HISPANIC
- [ ] ANTI - OTHER ETHNICITY / NATIONAL ORIGIN

#### SEXUAL
- [ ] ANTI - MALE HOMOSEXUAL (GAY)
- [ ] ANTI - FEMALE HOMOSEXUAL (LESBIAN)
- [ ] ANTI - HOMOSEXUAL (GAYS & LESBIANS)
- [ ] ANTI - HETEROSEXUAL
- [ ] ANTI - BISEXUAL

#### GENDER
- [ ] ANTI - MALE
- [ ] ANTI - FEMALE
- [ ] ANTI - TRANSGENDER

#### DISABILITY
- [ ] ANTI - MENTAL DISABILITY
- [ ] ANTI - PHYSICAL DISABILITY

SH-R-49B (Rev 07/30/09)

920-02079-1369-032

PAGE 01   01/27/20   22:48:21 LKPG PRINT REQUESTED BY TERMINAL LK0G
FILE#920-02079-1369-032

TO: LK0G   FROM: CLETS                 01/27/20   22:48:13                 PAGE 001
LKD0LK0GM.UP
APS RECORD ENTERED:

EVIDENCE
BER/Y2863844
TYP/IDRIVER BRA/CALIFO ENT/1
ORI/CA0190013 LASO LAKEWOOD MNE/LKD0 TELEPHONE 562 623-3689
OCA/200207913 DOT/20200127 FCN/2322002700605
NOA/N
MIS/CALIFORNIA DRIVERS LICENSE IN THE NAME OF ANGELO PINKNEY

920-02079-1369-032

```
PAGE 01  01/27/20  22:48:54 LKPG PRINT REQUESTED BY TERMINAL LK0G
                    FILE#920-02079-1369-032


TO: LK0G  FROM: CLETS            01/27/20  22:48:33            PAGE 001
LKD0LK0GN.IP
APS INQUIRY SER/Y2863844
RESPONSE TO QAB INQUIRY
DATA IN APS

EVIDENCE
CN/2322002700605
SER/████████
TYP/IDRIVER BRA/CALIFO ENT/1
ORI/CA0190013 LASO LAKEWOOD MNE/LKD0  TELEPHONE 562 623-3689
DOT/20200127 OCA/200207913 NOA/N
HIS/CALIFORNIA DRIVERS LICENSE IN THE NAME OF ANGELO PINKNEY

***CHECKING NCIC***

END OF APS RESPONSE
TO: LK0G  FROM: NCIC             01/27/20  22:48:33            PAGE 002
LKD0LK0GN.IJ
CA0190013

NO RECORD SER-OAN/Y2863844 TYP/IDRIVER
```

PAGE 01  01/27/20  22:47:37 LKPG PRINT REQUESTED BY TERMINAL LK0G          920-02079-1369-032
                    FILE#920-02079-1369-032

TO: LK0G  FROM: CLETS                    01/27/20  22:46:58              PAGE 001
LKD0LK0GL.IP
APS INQUIRY SER/Y2863844
RESPONSE TO QAB INQUIRY
NO DATA ON APS FILE

**CHECKING NCIC***

END OF APS RESPONSE
TO: LK0G  FROM: NCIC                      01/27/20  22:46:58              PAGE 002
LKD0LK0GL.IJ
CA0190013

NO RECORD SER-OAN/Y2863844 TYP/IDRIVER

```
PAGE 01  01/27/20  23:28:47 LKPG PRINT REQUESTED BY TERMINAL LK0G
                    FILE#920-02079-1369-032


TO: LK0G  FROM: CLETS              01/27/20  23:28:37              PAGE 001
4LKD0LK0GI.UP
APS RECORD ENTERED:

EVIDENCE
SER/FD5VF2F4JCM3
TYP/OTELEPH BRA/APPLE MOD/8 PLUS ENT/1
ORI/CA0190013 LASO LAKEWOOD MNE/LKD0 TELEPHONE 562 623-3689
OCA/200207913 DOT/20200127 FCN/2322002700612
NOA/N
MIS/WHITE 64GB APPLE IPHONE 8 PLUS
```

```
PAGE 01  01/27/20  23:29:16 LKPG PRINT REQUESTED BY TERMINAL LK0G
                   FILE#920-02079-1369-032


TO: LK0G  FROM: CLETS               01/27/20  23:28:59               PAGE 001
4LKD0LK0GJ.IP
APS INQUIRY SER/FD5VF2F4JCM3
RESPONSE TO QAB INQUIRY
DATA IN APS

EVIDENCE
FCN/2322002700612
SER/FD5VF2F4JCM3
TYP/OTELEPH BRA/APPLE MOD/8 PLUS ENT/1
ORI/CA0190013 LASO LAKEWOOD MNE/LKD0 TELEPHONE 562 623-3689
DOT/20200127 OCA/200207913 NOA/N
MIS/WHITE 64GB APPLE IPHONE 8 PLUS

***CHECKING NCIC***

END OF APS RESPONSE

TO: LK0G  FROM: NCIC                01/27/20  23:28:59               PAGE 002
4LKD0LK0GJ.IJ
CA0190013

NO RECORD SER-OAN/FD5VF2F4JCM3 TYP/0TELEPH
```

```
PAGE 01   01/27/20   23:27:38 LKPG PRINT REQUESTED BY TERMINAL LK0G
                     FILE#920-02079-1369-032


TO: LK0G  FROM: CLETS                01/27/20  23:27:06                 PAGE 001
4LKD0LK0GH.IP
APS INQUIRY SER/FD5VF2F4JCM3
RESPONSE TO QAB INQUIRY
NO DATA ON APS FILE

***CHECKING NCIC***

END OF APS RESPONSE
TO: LK0G  FROM: NCIC                 01/27/20  23:27:06                 PAGE 002
4LKD0LK0GH.IJ
CA0190013

NO RECORD SER-OAN/FD5VF2F4JCM3 TYP/0TELEPH
```

```
PAGE 01  01/27/20  22:38:05 LKPG PRINT REQUESTED BY TERMINAL LK0G
                   FILE#920-02079-1369-032


TO: LK0G  FROM: CLETS              01/27/20  22:37:47           PAGE 001
4LKD0LK0GM.UG
CA0190013 RE:  SER/TLU72900 OCA/200207913
-ENTERED-FCN/2322002707580 EVIDENCE

PROCESSING ADDITIONAL RECORD

CA0190013 RE:  SER/TLU72900 OCA/200207913
-ENTERED-FCN/2322002707579 CRIME GUN

END AFS RESPONSE
```

CLETS ENTRY QUALITY CONTROL
Entered By: _Britt_____ Date: _1/27/2020_
Verified By: _____ Date: _____
Reviewed By: _____ Date: _____
Validation By: _____ Date: _____
Recent Consultation By: _____ Date: _____

```
PAGE 01  01/27/20  22:38:31 LKPG PRINT REQUESTED BY TERMINAL LK0G
TO: LK0G  FROM: CLETS                01/27/20  22:38:17
4LKD0LK0GN.IY
RE: QYG.CA0190013.SER/TLU72900
RESPONSE TO QYG INQUIRY
```

*#9170-02079-1369-032*

```
DATA IN APPS.
****************** NO HITS FOUND ******************

END APPS RESPONSE.

*** NOTICE: A 'NO HITS' RESPONSE IN APPS INDICATES THE SUBJECT
    IS NOT CURRENTLY LISTED IN THE DATABASE.  THE SUBJECT MAY BE
    PROHIBITED AND/OR MAY BE IN POSSESSION OF FIREARMS.

*******
TO: LK0G  FROM: CLETS                01/27/20  22:38:17
4LKD0LK0GN.IG
CA0190013 RE: SER/TLU72900
RESPONSE TO QGB INQUIRY

DATA IN AFS.

* EVIDENCE
SER/TLU72900 MAK/TAS TAURUS FORJAS CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/PT111G2A
DOT/20200127 BBL/9 COL/BLACK
ORI/CA0190013 - LASO LAKEWOOD OCA/200207913
NOA/N
FCN/2322002707580

* CRIME GUN
SER/TLU72900 MAK/TAS TAURUS FORJAS CAL/9
TYP/PI PISTOL  SEMI-AUTOMATIC MOD/PT111G2A
DOT/20200127 BBL/9 COL/BLACK
  *** RECOVERY INFORMATION RELATED TO CRIME GUN ***
OFF/5202 OFN/COLON,J WPA/N IPW/Y COT/19 LOS ANGELES
CTY/LONG BEACH
  *** POSSESSOR/SUSPECT INFORMATION RELATED TO CRIME GUN ***
NAM/PERRY,DAION DAMIEN DOB/        OLN/
SSB/516 SPD/S SSN/AMANTHA
SSS/AV STY/COMPTON
SST/CA SZP/90220
SHT/67 SWT/150 SSX/M SRA/B
  *** ASSOCIATES OF POSSESSOR INFORMATION RELATED TO CRIME GUN ***
ANM/PINKNEY,ANGELO MARCUS ABD/        AOL/
ATY/LONG BEACH ASI/CA
ASB/6906 ASN/ATLANTIC PL
AST/CA AZP/90805
AHT/67 AWT/140 ASX/M ARA/B
ORI/CA0190013 - LASO LAKEWOOD OCA/200207913
FCN/2322002707579


CHECKING NCIC
END AFS RESPONSE.

*******
TO: LK0G  FROM: NCIC                01/27/20  22:38:18
```

4LKD0LK0GN.IJ
CA0190013

920-02029-1369-032

NO RECORD SER/TLU72900

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

**SUPPLEMENTAL REPORT**

DATE: 01-27-20          FILE: 920-02079-1369-032          ACTION: Active/Additional Info

C: Robbery (Firearm) 211 PC/F/032

S: Perry, Daion Damien MB/

S: Pinkney, Angelo Marcus MB/

S:

**NARRATIVE**

The purpose of this report is to provide active/additional information regarding the pursuit and positive identification of the robbery suspects of the above incident.

I was responding to 8859 Alondra Boulevard in the City of Paramount (DBA CVS) regarding a robbery now call (T-382). I heard via my handheld radio that the suspect vehicle was described as a gray older model sedan with black and white paper plates traveling westbound on Alondra Boulevard from the incident location. While traveling eastbound on Alondra Boulevard from Paramount Boulevard in the city of Paramount, I observed a gray older model sedan with its headlights turned off, and black and white paper plates matching the description given in the call. I immediately conducted a U-turn in an attempt to conduct a traffic stop on the vehicle. The vehicle ran a red light (21453 (a) CVC) and made a U-turn at the intersection of Alondra Boulevard and Paramount Boulevard. The vehicle began traveling eastbound on Alondra Boulevard at a high rate of speed attempting to evade me.

I initiated my lights, siren, and emergency radio traffic via my handheld radio, advising assisting units that I was in pursuit of a robbery vehicle. The vehicle made a southbound turn onto Georgia Avenue from Paramount Boulevard. Seconds after I activated the patch, Deputy Simpson #551905 (Unit 133H) and Deputy Adams #623020 (Unit 133T2) arrived on scene and assisted with the vehicle pursuit of the suspect vehicle.

BY: Orihuela,K #619491

APPROVED: SGT Ferguson #51523 01/28/20 0146

ASSIGNED: D.B.

SECRETARY:

SH -R-77 (RED TTP) REVISION 06/99

USA_000089

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT - SUPPLEMENTAL REPORT
NARRATIVE CONTINUATION

DATE: 01-27-20

FILE: 920-02079-1369-032

ACTION: Active/Additional Info

The vehicle continued southbound Georgia Avenue traveling at approximately 30 miles per hour and once the suspect(s) noticed that there were multiple black and white patrol vehicles following closely behind, the vehicle accelerated to approximately 45 miles per hour (22350 (a) CVC). The vehicle ran multiple stop signs (22450 (a) CVC) at Georgia Avenue/Monroe Street, Georgia Avenue/Jackson Street, Georgia Avenue/Harrison Street, and Georgia Avenue/70th Street, until finally making a westbound turn onto 70th Street from Georgia Avenue. The suspect vehicle continued to travel at approximately 45 miles per hour westbound 70th Street until making a southbound turn on Paramount Boulevard. The vehicle was traveling at approximately 50 miles per hour and continued to try to lose me by swerving back and forward between the #1 and #2 lane nearly colliding with multiple vehicles also driving southbound on Paramount Blvd.

The suspect vehicle made an abrupt westbound turn onto the 91 Freeway on ramp and reached speeds of approximately 80 miles per hour while on the 91 freeway. The suspect vehicle continued to evade by weaving in and out of traffic as I followed behind traveling approximately 60 miles per hour.

The suspect vehicle cut across all eastbound lanes (22107 CVC) on the 91 Freeway without regard for other motorist safety until reaching the carpool lane. I observed multiple vehicles slam on their brakes to avoid colliding with the suspect vehicle while also honking their horn. The vehicle continued westbound on the 91 Freeway carpool lane and collided with another vehicle. The suspect vehicle then cut across all eastbound lanes (22107 CVC) again and attempted to exit on Atlantic Avenue. The vehicle collided with the south wall on the 91 Freeway off ramp of Atlantic Avenue.

I saw three occupants of the vehicle exit the silver sedan and began running from the vehicle. The suspect(s) were male blacks, thin build, 5'9 - 5'11, and approximately 20-25 years of age. One suspect, approximately 20 years of age, thin build, approximately 5'10, wearing a gray hoodie, and black pants ran westbound on the 91 freeway and out of view. A second occupant (later identified as S/Pinkney) wearing a red hoodie, and black pants threw a red bag into the vehicle, jumped over the wall they collided into, and ran northbound through the residential properties, and out of view. S/Pinkney was accompanied by a second male (later identified as S/Perry). S/Perry threw an unknown black item into the vehicle and ran in the same direction as S/Pinkney.

With the help of assisting units we contained the area, and began a search for the suspects (S/Pinkney and S/Perry).

Special Enforcement Bureau (SEB) responded to our location and assisted in the search. S/Perry was located hiding underneath a white newer model Toyota Tacoma parked in the driveway of 668 68th Street in the city of Long Beach. I recognized S/Perry as the person who threw an unknown black item into the vehicle and ran northbound through the residential area. I handcuffed S/Perry and took him into custody. Deputy Hernandez #624036 (Unit 132T2) then took custody of S/Perry and placed him in her vehicle while SEB conducted a search of the residence for additional suspects.

SH-R-77 (RED TTP) REVISION 06/00

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT - SUPPLEMENTAL REPORT

NARRATIVE CONTINUATION

DATE: 01-27-20          FILE: 920-02079-1369-032          ACTION: Active/Additional Info

S/Pinkney was located at 6810 Eastondale Avenue in the city of Long Beach by Deputy Herrera #407852 (See his supplemental report for further). I also positively identified S/Pinkney as the person who fled the vehicle and ran northbound through the residential properties from the collision scene with S/Perry.

This concludes my involvement in the above incident.

USA_000091

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

## SUPPLEMENTAL REPORT

DATE: 01/27/2020          FILE: 920-02079-1369-032          ACTION: Active/additional info

C: Robbery 211PC/F/032

S: Pinkney, Angelo MB

### NARRATIVE

The purpose of this supplemental report is to provide active additional information regarding my involvement in the above incident.

On the above date at approximately 1907 hours I responded to 8859 Alondra Blvd, Paramount (CVS Pharmacy) regarding a Robbery (211) now call (Tag 382). Upon my arrival ,at approximately 1909 hours ,I heard a Lakewood unit (136A) initiate a pursuit of a vehicle matching the description of the 211 (robbery) vehicle. As I reached the termination of the pursuit (91 Freeway/Atlantic Ave) I observed deputies jumping the fence into an adjoining neighborhood (Long Beach). As I drove around into the neighborhood I was flagged down by citizens advising me a suspect was running N/B on Lime street toward 68th Street. As I made a left onto 68th street and approached Eastondale Ave a male at the corner house contacted me and advised me he believed there was someone hiding under a truck in the driveway across the street at 6810 Eastondale Ave. Deputy Chapman #602361, Deputy Demedeiros #646988 and I approached the driveway and observed a male black (Suspect) hiding underneath a Ford pickup truck parked in the driveway(6810 Eastondale Av). We detained the suspect at gunpoint and ordered him out to the street where Deputy DeMedeiros handcuffed him. Deputy Demedieros then placed the suspect in the backseat of my patrol car which was parked on the corner of 68th street and Eastondale Ave.

At approximately 2003 hours S/Pinkney kicked out the driver's side rear window of my patrol car (Ford Crown Victoria License #1335584/Vehicle #SD7324). I then asked for Deputy Hernandez to assist me. Deputy Hernandez responded and dealt with the suspect while I secured the area due to the ongoing outstanding robbery suspect containment.

BY: . M HERRERA #407852          DATE: 01/27/2020          TIME: 2300

APPROVED: Sgt. T. Moreno 279949          01/27/2020          2356

ASSIGNED: DB

SECRETARY:

SH-R-77 (RED TIP) REVISION 08/17

Page 1

## COUNTY OF LOS ANGELES-SHERIFF'S DEPARTMENT-SUPPLEMENTARY REPORT

| Date: | 01/27/2020 | File: | 920-02079-1369-032 |
|---|---|---|---|
| **Action:** | **Active/additional information** | | |
| **C:** | **Robbery 211 PC/F/032** | | |
| **V:** | | | |
| **S:** | **Pinkney, Angelo MB/** ▇▇▇ | | |

The purpose of this supplemental report is to provide additional information regarding my involvement in the above incident.

I responded to 600 E 68th Street in the city of Long Beach regarding an uncooperative suspect. Upon my arrival I was contacted by Deputy Herrera #407852 (132T1) who told me the following:

The suspect was being detained regarding a robbery investigation. While in the rear of his patrol vehicle the suspect kicked the rear driver side window. As I approached the patrol vehicle I heard the suspect yelling: "fuck you!"

I approached the patrol vehicle and told the suspect to stop kicking the window or else he would be sprayed. The suspect said: "Fuck you bitch! I'm gonna do what I want! I hope you spray me." I saw the suspect lean back and use both his feet to kick the rear driver side window. I deployed my Oleoresin Capsicum (OC) Spray and sprayed a three to five second burst toward the suspects face. I saw the OC spray had the desired effect and the suspect stopped kicking the window. I told the suspect if he attempted to kick the window again, I would spray him.

As I was standing near the rear passenger side window I saw the suspect sticking his head out of the window and attempting to fit his shoulders out of the window. Sergeant Morrow advised the suspect to stay inside of the patrol vehicle or else he would be sprayed again. The suspect refused and continued to exit the vehicle through the rear passenger side window. Sgt. Morrow directed me to spray the suspect. I sprayed a three to five second burst of OC spray toward the suspects face. I saw the OC spray had the desired effect and the suspect complied with our orders.

I reported the force I used to Sergeant Morrow.

I transported and booked Suspect Perry to Lakewood Sheriff Station.

This concludes my involvement in the above incident.

By:      Hernandez. A #624036

Approved: _Sgt. T. Morrow 259947_

Assigned: _DB_

Secretary: _____

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

## SUPPLEMENTAL REPORT

DATE: 01-27-2020          FILE: 920-02079-1369-032          ACTION: Active/Additional

C:   Robbery 211 P.C./ F / 032

S:   PINKNEY ANGELO MB/

S:   PERRY DAION MB/

S:   John Doe MB/A

### NARRATIVE

The purpose of this supplemental report is to provide Active/Additional information regarding the above file number.

I responded to 91 FWY off ramp at Atlantic Ave in the city of Long Beach regarding a pursuit of armed robbery suspects. Upon my arrival, S/1-S/3 had been involved in a traffic collision. S/1-S/3 fled on foot from their vehicle (Silver 4dr Lexus with paper plates). S/1 and S/2 jumped a concrete wall at Millmark Ave/Penfold St, in the city of Long Beach northbound from the 91 FWY off ramp into a nearby neighborhood and out of view. S/3 fled on foot westbound on the 91 FWY and out of view.

I canvassed the area at Millmark Ave/Penfold St, and on the northside of the 91 FWY just south of the concrete wall where S/1-S/2 jumped over the wall, I located and recovered one $10.00 bill, and two $5.00 bills in U.S. Currency(EV-5). I also recovered one white Iphone (EV-7).

On the northeast side of the intersection of Millmark Ave/Penfold St. I located and recovered a blue hoodie sweater (EV-4).

I handed over EV-5 and EV-7 to Deputy Medeiros #646988, and EV-4 to Deputy Sepulveda #650100.

This concludes my involvement in this investigation.

BY:          Deputy Adams,H #623020

APPROVED:    SGT FERGUSON #516523  9/28/20 0046

ASSIGNED:    D.B.

SECRETARY:

SH-R-77(RED LTR) REVISION 06/00

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT
**SUPPLEMENTAL REPORT**

DATE: _____01-27-2020_____ FILE: _920-02079-1369-032_ ACTION: Suspect Detainment

C: Robbery 211 P.C. / F / 032

S: Pinkey, Angelo MB/▒▒▒▒▒▒▒

S: Perry, Daion MB/▒▒▒▒▒▒

S: Doe, John MB/A

<u>**NARRATIVE**</u>

The purpose of this supplemental report is to provide active/additional information regarding the above listed file number.

I responded to the area of 68th Street and Atlantic Boulevard in the city of Long Beach regarding the termination of a vehicle pursuit. I took a position on the containment at 6840 Eastondale Avenue when my partner Deputy Herrera #407852 was flagged down by a resident who informed him an unknown person was hiding under his vehicle in the driveway of 6810 Eastondale Avenue. I responded to 6810 Eastondale Avenue where I located a male (later identified as S/Pinkey) hiding under the vehicle parked in the driveway of the location. I detained the suspect at gunpoint, handcuffed him, and escorted him to the backseat of Deputy Herrera's patrol vehicle without incident.

I later responded to 8859 Alondra Boulevard in the city of Paramount where I was instructed by Deputy Davis #600724 to transport W/Matamoros to the intersection of 68th Street and Olive Avenue in the city of Long Beach to conduct a field show up. I transported W/Matamoros to the location and read him the Field Identification Of Suspects instructions per SH-CR-546 where he stated he understood the instructions and agreed to proceed with the field show up. During the field show up, W/Matamoros stated he was unable to determine if the individuals detained were involved in the incident because the suspects were covering their faces during the commission of the crime.

This concludes my involvement in the above listed incident.

BY: __De Medeiros, B #646988__

APPROVED: _Scott Ferguson #516523_ _01/28/20 0741_

ASSIGNED: _D.B._

SECRETARY: _____

SH-R-77 (RED TTR) REVISION 05/08

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT
**SUPPLEMENTAL REPORT**

DATE: 1/27/2020 _____  FILE: 920-02079-1369-032 _____  ACTION: Active/Additional _____

C: Robbery 211 P.C. / F / 032 _____

S: Pinkney, Angelo BKN#5859226 _____

S: Perry, Daion BKN#5859214 _____

_____

### NARRATIVE

The purpose of this supplemental report is to provide information regarding my involvement in this incident.

On 01-27-2020 I was assigned in the city of Lakewood as unit 132G7. At approximately 1910 hours, I heard emergency radio traffic of a deputy in pursuit of a vehicle wanted for a robbery that had just occurred in the city of Paramount. I began to drive toward Paramount to assist as needed. Prior to my arrival, I was notified the suspect vehicle had crashed at Atlantic Avenue and the 91 freeway. I responded to the location and took an open containment position at the intersection of 68th Street and Millmark Avenue in the city of Long Beach.

While positioned at 68th Street and Millmark Avenue, Long Beach Police received a call of a male black adult in the backyard of 664 68th Street which was located two houses east of my position. I directed an unknown Long Beach Police Officer to 68th Street and Millmark Avenue and repositioned my patrol vehicle just east of 664 68th Street with other Deputies. Deputies spoke to residents at 664 68th Street and evacuated them. Special Enforcement Bureau (SEB) arrived at our location and were able to determine one of the outstanding suspects was hiding underneath a white truck located in the driveway of 664 68th Street. Residents in the house located east of 664 68th Street, 670 68th Street, were evacuated by deputy personnel. Deputy Orihuela #619491 and SEB were able to detain the suspect, later identified as Daion Perry (S/Perry), who was hiding underneath the truck. Deputy Orihuela Handcuffed S/Perry.

After field show ups had been conducted with S/Perry and S/Pinkney, I transported S/Pinkney to Lakewood Station, where I assisted in the booking process.

This concludes my involvement in this incident.

BY: Mastantuono #608275 _____

APPROVED: SGT FERGUSON #516523 01/28/20 0041

ASSIGNED: P.B.

SECRETARY: _____

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

## SUPPLEMENTAL REPORT

DATE: 01/27/20    FILE: 920-02079-1369-032    ACTION: Recovery of Evidence

C:    Robbery 211 P.C. / F / 032

V: _____

S: _____

S: _____

## NARRATIVE

The purpose of this supplemental report is to provide information regarding my involvement regarding recovery of evidence on the above incident.

I responded to the northeast intersection of 68th Street and Atlantic Avenue, Long Beach, CA regarding multiple robbery suspects that ran at the termination of a pursuit.

I contacted Jesus Manuel Poltan (MH, ██████) who stated he heard someone in his backyard while he was inside his residence of 664 E. 68th Street, Long Beach. He looked out the window to his backyard and saw a male wearing dark clothing near his garage. Jesus knew that no one was supposed to be in his backyard.

Jesus then told his sister (Jennifer Amalfi Camey, FH/ ██████) to call 9-1-1 to report the incident.

Jesus stated due to it being dark, he was unable to see the suspect's face or what he looked like.

Immediately after Jennifer called 9-1-1 she noticed a large number of Long Beach Police Officers and Los Angeles County Deputy Sheriffs outside the front yard of her home. Jesus and Jennifer took all family members and evacuated the residence.

This concludes my involvement regarding the above incident.

BY: Delgado, D. #610045 01/20/20, 2350
APPROVED: SGT FERGUSON #316523 01/28/20 CO47
ASSIGNED: D.B.
SECRETARY: _____

SH-R-77 (RED TTP) REVISION 06/99

USA_000097

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

## SUPPLEMENTAL REPORT

| DATE: | 01/27/2020 | FILE: | 920-02079-1369-032 | ACTION: | Active/Additional |

C: Robbery 211 P.C./F/032

V: DIAZ SUZETE FH/ ▮

S: PERRY DAION MB/ ▮

S: PINKEY ANGELO MB/ ▮

### NARRATIVE

The purpose of this supplemental report is to provide additional information regarding my involvement transporting the victim for a field identification of the suspects under the above file number.

I responded to 8859 Alondra Boulevard, Paramount (CVS) and transported the victim to the intersection of 68th street and Olive Avenue where the suspects were being detained for a field identification. Upon our arrival I read the victim instructions regarding field identification per SH-CR-546.

The victim was shown both suspects separately and stated she cannot positively identify either suspects. The victim stated she cannot identify the suspects due to their faces being covered by a bandanna during the incident and did not recognize the clothing the suspects were wearing.

This concludes my involvement regarding the incident.

|  |  | DATE: | TIME: |
|---|---|---|---|
| BY: | Valdez, C. | 01/27/2020 | 2300 |
| APPROVED: | SGT FERGUSON #516523 | 01/28/20 | 0139 |
| ASSIGNED: | D.B. | | |
| SECRETARY: | | | |

SH-R-77 (RED TIP) REVISION 08/17

Page 1

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

## SUPPLEMENTAL REPORT

DATE:        01/27/20          FILE:   920-02079-1369-032      ACTION: Active / Additional

C:    Robbery 211 PC / F / 032

S:    PINKNEY,ANGELO MB

S:    PERRY,DAION MB/

V:

### NARRATIVE

The purpose of this supplemental report is to provide additional information regarding my
involvement in the above file number.

I responded to 6810 Eastondale Avenue, Long Beach regarding a Deputy (132T1 Deputy Herrera)
detaining a robbery suspect. At his direction, I canvassed the area in which S/Pinkney was
seen hiding from Deputy personnel. During which time, I was notified by Deputy Herrera
that he recovered a small black bag containing a blue and white "Fils" wallet and a black
pair of "Jordan" shoes(Ev-1). The recovered items were found under the vehicle (Black Ford
F-150 Lic: 49315S2) at the indicated location. I opened the wallet and it contained a
California driver's license belonging to S/Pinkney (Ev-2). Deputy Herrera gave me
possession of these items at the indicated location.

During the booking process, Deputy Campise provided me S/Pinkney's clothing worn when
arrested at the indicated location. I booked a red extra small "Aeropostale" long sleeve t-
shirt and green large "Hanes" boxer briefs into evidence at Lakewood station(Ev-1).

Deputy Campise also provided me S/Perry's clothing worn when arrested at the indicated
location. I booked a black medium "Locked & Loaded" short sleeve t-shirt, black and white
stripped "Polo" boxers, and large gray "Nike" sweatpants into evidence at Lakewood station
(Ev-3).

Deputy Adam's provided me a blue medium "32 Degree Heat" zipped hooded jacket which he
recovered on scene (Ev-4).

I took photographs and booked the recovered items as evidence at Lakewood station.
Photographs were uploaded to Lakewood station shared files.

This concludes my involvement in the above incident. For further details, see first report
under the above file number.

|        |                        | DATE:    | TIME:  |
|--------|------------------------|----------|--------|
| BY:    | Sepulveda              | 01/27/20 | 2350   |
| APPROVED: | SGT FERGUSON #516523 | 01/28/20 | 0009   |
| ASSIGNED: | D.B.                |          |        |
| SECRETARY: |                     |          |        |

SH-R-77 (RED TIP) REVISION 08/17                                      Page 1

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

## SUPPLEMENTAL REPORT

| DATE: | 01/28/2020 | FILE: | 920-02079-1369-032 | ACTION: | Active/Additional info. |

C:   Robbery 211 P.C./F/032

| S: | Perry,Daion MB | BKG#5859214 |
| S: | Pinkey,Angelo MB | BKG#5859226 |
| V: | Garcia,Perla FH | |

### NARRATIVE

The purpose of this report is to provide active/additional information regarding the above file number.

On 01/28/2020 at approximately 2119 hours, I responded to 8859 Alondra Boulevard, Paramount (DBA CVS) in response to a robbery investigation.

I transported V/Garcia from 8859 Alondra Boulevard to 664 68th Street, Long Beach in my patrol vehicle pending a field identification of the robbery suspects.  I read her the field show up advisement per SH-CR-546.

V/Garcia positively identified S/Pinkey as the person who robbed CVS.  She said she recognized his sweats and further declared "he was the one holding the gun."

V/Garcia additionally identified S/Perry as the person who forced her into a room.  She stated he was the one who "took her to the back."  The victim said S/Perry was the person wearing a red t-shirt with a grey, hooded sweatshirt over it.

I then transported V/Garcia back to 8859 Alondra Boulevard.

This concludes my involvement in the above incident.

| | | DATE: | TIME: |
| BY: | Phillip #626678 | 01/28/2020 | 0048 Hours |
| APPROVED: | SGT FERGUSON #516523 | 01/28/20 | 0155 |
| ASSIGNED: | D.B. | | |
| SECRETARY: | | | |

SH-R-77 (RED TIP) REVISION 08/17

Page 1

COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT

## SUPPLEMENTAL REPORT

DATE: 01-27-2020        FILE: 920-02079-1369-032        ACTION: ACTIVE/ADDITIONAL

C: ROBBERY 211 PC / F / 032

S: PINKNEY,ANGELO (MB/███)

S: PERRY,DAION (MB,███)

### NARRATIVE

The purpose of this supplemental report is to provide active/additional information
regarding my involvement in the above incident.

I responded to Lakewood Sheriff Station (5130 Clark Avenue, Lakewood) to assist the
handling Deputy, Deputy Davis #600724 and Deputy Peters #552146, in collecting S/Pinkney's
and S/Perry's clothing which they were still wearing.

I collected S/Pinkey's red extra small "Aeropostale" long sleeve t-shirt, and green "Hanes"
large boxer briefs.

I collected S/Perry's black medium "Locked & Loaded" short sleeve t-shirt, black and white
striped "Polo" boxers, and large gray "Nike" sweat pants.

After collecting the suspects clothing, Deputy Sepulveda #650100 took possession of the
clothing for booking.

This concludes my involvement in the above incident.

|  |  | DATE: | TIME: |
|---|---|---|---|
| BY: | CAMPISE #625459 | 01-27-2020 | 2045 |
| APPROVED: | SGT FERGUSON #916523 | 01/27/20 | 2252 |
| ASSIGNED: | D. B. |  |  |
| SECRETARY: |  |  |  |

SH-R-77 (RED TIP) REVISION 08/17

Page 1

## <u>COUNTY OF LOS ANGELES-SHERIFF'S DEPARTMENT-SUPPLEMENTARY REPORT</u>

| | | | |
|---|---|---|---|
| **Date:** | 01-27-2020 | **File:** | 920-02079-1369-032 |
| **Action:** | Active/Additional Information | | |
| **C:** | Robbery/ 211 P.C./ F/ 032 | | |
| **S/1:** | Pinkney, Angelo MB/ ▇▇▇ bk# 5859226 | | |
| **S/2:** | Perry, Daion MB/ ▇▇▇, bk# 5859214 | | |

The purpose of this supplemental report is to provide additional information regarding the above file number.

I responded to the 91 freeway westbound just east of Atlantic Ave regarding deputy personnel in pursuit of a robbery vehicle. Upon my arrival, I observed a silver Lexus sedan stopped on the 91 westbound along the north sound wall, facing east. I exited my radio car and cleared the vehicle of any occupants. While clearing the vehicle, I observed numerous amounts of U.S. currency scattered throughout the vehicle. The vehicle did not have any license plates but had black and white dealer style license plate. It should be noted, this vehicle matched the description of a vehicle used in a Robbery in the city of Bellflower on 01-27-2020 (920-02065-1334-032).

During a search of the vehicle, I recovered 2 blue gloves (EV-13-14) from the passenger front seat of the vehicle. I also recovered 1 black and brown backpack (EV-18) in the front seat of the vehicle. The backpack contained $130.00 in U.S. currency (EV-1) and a blue tank top shirt (EV-15), 6 Bank of America blank checks (EV-19) and a pair of black gloves (EV-16).

I recovered 1 blue backpack (EV-17) in the backseat of the vehicle. The backpack contained $3270.00 in U.S. currency (EV-1). The backpack also contained 1 red fanny style pack (EV-17) which contained $620.00 in U.S. currency (EV-1) and 1 IPhone (EV-7). I recovered 1 black semi-automatic firearm (EV-10) from the bottom portion of the blue backpack. The firearm was loaded with 1 live round of 9mm ammunition in the chamber and 8 live rounds of ammunition in the magazine (EV-11). The firearm appeared to be in good working order. I recovered $500.00 in miscellaneous U.S. currency (EV-3) from the rear floor board of the vehicle. I recovered 1 black cell phone (EV-8) from the driver side floorboard.

I contacted Jose Jesus Pina Jr MH/ ▇▇▇▇▇▇▇▇▇▇▇▇ who stated the suspect vehicle collided with his vehicle on the 91 fwy east of Atlantic Ave. California Highway Patrol Officer Salcedo #22439 responded to our location and completed a traffic collision report under report #955020200614.

File: 920-02079-1369-032

Page **2** of **2**

I contacted Victim/ Montes in order to complete a field show up. I read her the field show up admonishment which is featured of SH CR 546. She stated she understood the admonishment. During the field show up, suspect/1 yelled as he was exiting the radio car. V/Montes immediately stated "that's him, I know that voice." She stated suspect/1 had a very distinct voice and she will always remember that voice. She was unable to further identify suspect/1 due to the fact that his facial features were heavily concealed. V/Montes was unable to identify suspect/2. She also stated suspect/2's facial features were heavily concealed during the crime.

The suspect vehicle was impounded as evidence and taken to Kenny's Towing. All evidence was photographed and booked into evidence at Lakewood Sheriff Station. All photographs were uploaded to the Lakewood shared file.

The firearm was entered into AFIS by Lakewood Secretary Britt at 2237 hours.

By: _____ # 524069

Approved: _Sgt. ___ 433757_

Assigned: _D. B_ _____

Secretary: _____

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

**VEHICLE REPORT**
CHP 180 (Rev. 7-13) OPI 061

*HOLD FOR PRINTS*
*T-382  ✱ EVIDENCE ✱*

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | FILE NO. |
|---|---|---|---|---|
| CASD(LKD) SPD | 1900 | 01-27-20 2000 | ☐ | 920-02079-1369-07 |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? | LIC. CLEAR IN SVS? | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|---|
| WB 91 FWY / ATLANTIC ATE, LB | UNK | ☒ YES ☐ NO / ☒ YES ☐ NO | 01-27-20 2000 | 382 |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|---|
| 03 | LEXUS | ES 300 | 4DR | SIL | NONE | ☐ ONE ☐ TWO | 09/20 | CA |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY | | |
|---|---|---|---|---|
| JT4BF3 0 6X3 0 0 9 0 7 3 5 | | ☐ OFFICER ☐ OWNER ☐ 0-500 ☒ 501-4000 ☐ 4001+ ☐ $ | | |

| REGISTERED OWNER | | LEGAL OWNER |
|---|---|---|
| A2B AUTO TRANSPORT LLC | ☒ SAME AS R/O | |
| 25028 WENDY WAY | | |
| MORENO VALLEY, CA | | |

☐ STORED    ☒ IMPOUNDED    ☐ RELEASED    ☐ RECOVERED - VEHICLE / COMPONENT

| TOWING / STORAGE CONCERN (NAME, ADDRESS, PHONE) | STORAGE AUTHORITY / REASON |
|---|---|
| KENNY'S 1740 WOODRUFF AVE, BELLFLOWER, CA, 90706 | 22655.5 CVC |

| REASON FOR STOP | AIRBAG? | DRIVEABLE? | JUNK | VIN SWITCHED? |
|---|---|---|---|---|
| 211 VEHICLE | ☐ YES ☐ NO ☐ 1 ☒ 2 | ☐ YES ☐ NO | ☒ JUNK | ☐ YES ☐ NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | | SEAT (FRONT) | | X | REGISTRATION | | X | CAMPER | | X | LEFT FRONT | POOR |
| BURNED HULK per 431(c) CVC | | | SEAT (REAR) | | X | ALT. / GENERATOR | X | | VESSEL AS LOAD | | X | RIGHT FRONT | |
| VANDALIZED | | X | RADIO | | X | BATTERY | X | | FIREARMS | | X | LEFT REAR | |
| ENG. / TRANS. STRIP | | X | TAPE DECK | | X | DIFFERENTIAL | X | | OTHER | | | RIGHT REAR | |
| MISC. PARTS STRIP | | X | TAPES | | X | TRANSMISSION | X | | | | | SPARE | |
| BODY METAL STRIP | | X | OTHER RADIO | | X | AUTOMATIC | X | | | | | HUB CAPS | |
| SURGICAL STRIP per 431(b) CVC | | X | IGNITION KEY | | X | MANUAL | | X | | | | SPECIAL WHEELS | |

| RELEASE VEHICLE TO: ☐ R/O OR AGENT  ☐ AGENCY HOLD  ☐ 22850.3 CVC | GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE) | DATE / TIME |
|---|---|---|
| NAME OF PERSON / AGENCY AUTHORIZING RELEASE    I.D. NO.    DATE | [signature] 1/27/20 | 2050 |
| SIGNATURE OF PERSON AUTHORIZING RELEASE | CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE. | |
| | SIGNATURE OF PERSON TAKING POSSESSION | |

☒ STOLEN VEHICLE / COMPONENT    ☒ EMBEZZLED VEHICLE    ☐ PLATE(S) REPORT

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|
| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P ( ) |

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF PERSON MAKING REPORT

**REMARKS**
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? | REPORTED BY | CARGO / TYPE? | VALUE $ |
|---|---|---|---|---|
| | ☐ YES ☐ NO | 133A1P | ☐ YES ☒ NO | ☐ BILL OF LANDING ATTACHED |

OCCUPANTS OF VEHICLE WERE ARRESTED FOR 211 P.C.
VEHICLE IMPOUNDED AS EVIDENCE. R/O INFO OBTAINED AND
CONFIRMED VIA CLETS / DMV. NO OTHER WANTS SUS. VEHICLE ENTERED
INTO SVS AS IMPOUNDED BY LAKEWOOD STATION SECRETARY
VILDRIA AT 2148 HOURS.


FRONT    LEFT SIDE    RIGHT SIDE    REAR    TOP

| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. | SUPERVISOR | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 CVC? | DATE NOTIFIED |
|---|---|---|---|---|
| COW | SPD1069 | | ☐ YES ☐ NO | |

OSP 13 131741          *An Internationally Accredited Agency*          Chp180_0813.pdf

USA_000104

```
AGE 01  01/27/20  21:48:30 LK1P PRINT REQUESTED BY TERMINAL LK10
O: LK10  FROM: CLETS              01/27/20  21:48:30
LKDOLK10U.UA
VS ENTRY
MPOUNDED VEHICLE
EF/KENNYS TOW 562-9259531,22655-5VC HOLD FOR EVIDENCE
IC/4ZIW499 LIS/CA LIY/2020 LIT/PC
003 LEXS 300 SIL VIN/JTHBF30GX30090735
RI/CA0190013 OCA/200207913 FCN/2322002705089
OT/20200127
IS/** NO PLATES **
OA/N
NT/ON CALIF FILE ONLY
```

920-02079-1369-032

STATION CLERK VENTURA

AGE 01  01/27/20  21:48:37 LK1P PRINT REQUESTED BY TERMINAL LK10
O: LK10  FROM: CLETS                    01/27/20  21:48:37
LKD0LK10V.IV

*920-02079-1369-032*

ATE: 01/27/20 TIME: 21:48
NSURANCE INFORMATION UNKNOWN
OSSIBLE FILE CODES: A(4ZIW499) S(4ZIW499)
EG VALID FROM: 09/26/19 TO 09/26/20
IC#:4ZIW499 YRMD:03 MAKE:LEXS BTM :4D VIN :JTHBF30GX30090735
/O :DU BRYAN, 12481 W FIELDING CIR, APT 119 CITY:PLAYA VISTA C.C.:19
IP#:90094
OLD:00/00/02 RCID:09/30/19 OCID:01/09/17 LOCD:9

YPE:11 POWR:G VEH :12 BODY:0 CLAS:AC *-YR:17
EC STATUS:
7/03/2019    RENEWAL NOTICE EXTRACTED
0/05/18 SMOG DUE 09/26/20


ELEASE OF LIABILITY (REG. 138)
ECEIPT DATE:10/14/19  TRANSFER DATE:10/14/19  SELL PRICE:001000
UYER:AUTO CARMAX, 8611 S LA CIENEGA BLVD
ITY:INGLEWOOD CA   SELLER:NOT THE SAME AS ON FILE


ELEASE OF LIABILITY (REG. 138)
ECEIPT DATE:11/21/19  TRANSFER DATE:10/14/19  SELL PRICE:001000
UYER:CARMAX AUTO SUPERSTORE, 8611 S LA CIENEGA BLVD
ITY:INGLEWOOD   SELLER:NOT THE SAME AS ON FILE


ELEASE OF LIABILITY (REG. 138)
ECEIPT DATE:10/25/19  TRANSFER DATE:10/21/19  SELL PRICE:000000
UYER:A2B AUTO TRANSPORTATION LLC, 25028 WENDY WY
ITY:MORENO VALLEY   SELLER:NOT THE SAME AS ON FILE



LEARANCE INFORMATION RECORDS:
FFICE   WORK DATE   TECH/ID   SEQ #   VALUE    FICHE DATE   TTC
RJ0     07/02/14    41        7041    00105.00  07/02/14    POT
RJ1     09/28/15    41        7839    00105.00  09/28/15    POT
514     09/08/16    05        0006    00106.00  09/10/16    H05
179     10/10/16    29        0022    00020.00  10/12/16    J00
514     01/09/17    A9        0011    00033.00  01/11/17    F00
C51     08/24/17    5M        0015    00093.00  09/01/17    H00
C51     10/01/18    5C        0013    00121.00  10/05/18    H00
514     09/26/18    16        0012    00121.00  PRIOR SUSPENSE
514     09/30/19    04        0003    00145.00  10/02/19    H05

4/09/2004-ODOMETER:     11,839 MILES  ACTUAL MILEAGE


ND

******
O: LK10  FROM: CLETS              01/27/20  21:48:37
LKD0LK10V.IA

```
V.CA0190013.LIC/4ZIW499.LIS/C

NQUIRY MATCH ON LIC/4ZIW499
MPOUNDED VEHICLE
EF/KENNYS TOW 562-9259531,22655-5VC HOLD FOR EVIDENCE
IC/4ZIW499 LIS/CA LIY/2020 LIT/PC
003 LEXS 300 SIL VIN/JTHBF30GX30090735
RI/CA0190013 OCA/200207913 FCN/2322002705089
OT/20200127
IS/** NO PLATES **
OA/N
NT/ON CALIF FILE ONLY
MMEDIATELY CONFIRM WITH ORI/CA0190013 LASO LAKEWOOD MNE/LKD0
ELEPHONE 562 623-3689
********   END OF SVS MESSAGE   **********

O VEHICLE HIT IN WPS
********   END OF WPS MESSAGE   **********

******
O: LK10  FROM: NCIC                01/27/20  21:48:37
LKD0LK10V.IJ
A0190013

O RECORD LIC/4ZIW499 LIS/CA
```

920-02079-1369-032

524094

```
AGE 01  01/27/20  21:46:58 LK1P PRINT REQUESTED BY TERMINAL LK10
O: LK10  FROM: CLETS                    01/27/20  21:46:55
LKD0LK10T.IV
```

*920-02079-1369-032*

```
ATE: 01/27/20 TIME: 21:46
NSURANCE INFORMATION UNKNOWN
EG VALID FROM: 09/26/19 TO 09/26/20
IC#:4ZIW499 YRMD:03 MAKE:LEXS BTM :4D VIN :JTHBF30GX30090735
/O :DU BRYAN, 12481 W FIELDING CIR, APT 119 CITY:PLAYA VISTA C.C.:19
IP#:90094
OLD:00/00/02 RCID:09/30/19 OCID:01/09/17 LOCD:9

YPE:11 POWR:G VEH :12 BODY:0 CLAS:AC *-YR:17
EC STATUS:
7/03/2019    RENEWAL NOTICE EXTRACTED
0/05/18 SMOG DUE 09/26/20


ELEASE OF LIABILITY (REG. 138)
ECEIPT DATE:10/14/19  TRANSFER DATE:10/14/19  SELL PRICE:001000
UYER:AUTO CARMAX, 8611 S LA CIENEGA BLVD
ITY:INGLEWOOD CA   SELLER:NOT THE SAME AS ON FILE


ELEASE OF LIABILITY (REG. 138)
ECEIPT DATE:11/21/19  TRANSFER DATE:10/14/19  SELL PRICE:001000
UYER:CARMAX AUTO SUPERSTORE, 8611 S LA CIENEGA BLVD
ITY:INGLEWOOD   SELLER:NOT THE SAME AS ON FILE


ELEASE OF LIABILITY (REG. 138)
ECEIPT DATE:10/25/19  TRANSFER DATE:10/21/19  SELL PRICE:000000
UYER:A2B AUTO TRANSPORTATION LLC, 25028 WENDY WY
ITY:MORENO VALLEY   SELLER:NOT THE SAME AS ON FILE


LEARANCE INFORMATION RECORDS:
FFICE   WORK DATE   TECH/ID   SEQ #    VALUE    FICHE DATE   TTC
RJ0     07/02/14    41        7041    00105.00   07/02/14    POT
RJ1     09/28/15    41        7839    00105.00   09/28/15    POT
514     09/08/16    05        0006    00106.00   09/10/16    H05
179     10/10/16    29        0022    00020.00   10/12/16    J00
514     01/09/17    A9        0011    00033.00   01/11/17    F00
C51     08/24/17    5M        0015    00093.00   09/01/17    H00
C51     10/01/18    5C        0013    00121.00   10/05/18    H00
514     09/26/18    16        0012    00I21.00   PRIOR SUSPENSE
514     09/30/19    04        0003    00145.00   10/02/19    H05

4/09/2004-ODOMETER:    11,839 MILES   ACTUAL MILEAGE


ND


******
O: LK10  FROM: NCIC                   01/27/20  21:46:55
LKD0LK10T.IJ
A0190013
```

RECORD VIN/JTHBF30GX30090735

******
O: LK10  FROM: CLETS                    01/27/20  21:46:55
LKD0LK10T.IA
V.CA0190013.VIN/JTHBF30GX3009
HITS IN SVS
NEAR MISS IN SVS
HECKING NCIC
********   END OF SVS MESSAGE  **********

VEHICLE HIT IN WPS
********   END OF WPS MESSAGE  **********

******
O: LK10  FROM: NCIC                     01/27/20  21:46:55
LKD0LK10T.IJ
A0190013

RECORD VIN/JTHBF30GX30090735

*920-02079-1369-032*

| Adult: ☑   Juvenile: ☐ | | | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | D144838 |
|---|---|---|---|---|---|

Suspected Gang Member: ☐    **LOS ANGELES COUNTY JAIL BOOKING AND PROPERTY RECORD**

Gang Name:

Moniker:

Tag #:  **382**        PHONE NO.

| FOREIGN NATIONAL | | YES NO |
|---|---|---|
| ☐ YES | HAVE AIDS | ☐ ☒ |
| ☑ NO | HAVE VD | ☐ ☒ |
| ☐ REF | HAVE HEPATITIS | ☐ ☒ |
| | HAVE TB | ☐ ☒ |
| | EVER HAVE TB | ☐ ☒ |

| BOOKING NO | LOC. BKG | DR. LIC NO. | STATE |
|---|---|---|---|
| 5859226 | LKD | | CA |

STATION RECORDS

| ARRESTEE'S NAME   LAST | FIRST | MIDDLE |
|---|---|---|
| PINKNEY | ANGELO | MARCUS |

| ADDRESS | CITY, ZIP CODE | SEX |
|---|---|---|
| | | M |

| DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|
| B | BLK | BRO | 507 | 140 | | 20 |

| VEH. LIC NO. | STATE | RPT. DIST. | AKA / NICKNAME |
|---|---|---|---|
| NO PLATE | | 1369 | |

| BIRTHPLACE | FILE NO. | AD. CHG |
|---|---|---|
| CALIFORNIA | 920-02079-1369-032 | Y |

| AGY. OR DETAIL ARRESTING | DATE & TIME ARRESTED | TIME BKD. |
|---|---|---|
| 1301 | 01-27-2020 2130 | |

| LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| 68TH ST/EASTONDALE AV,LB | 100000 |

| CHARGE | WARR./COMM. NO |
|---|---|
| 211PC / F / ROBBERY | N/A |

| JAIL LOC. | ARRAIGN. DATE | TIME | COURT | PRISONERS SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| LKD | 01-29-2020 | 0830 | COMPTON | X |

| SOC. SEC NO. | OBSERVABLE PHYSICAL ODDITIES | OCCUPATION |
|---|---|---|
| | TT-ON RIGHT FOREARM "JOSEPHINE | STUDENT |

| EMPLOYER FIRM OR PERSON'S NAME | CITY | PHONE NO. | SPECIAL MEDICAL PROBLEMS |
|---|---|---|---|
| LONG BEACH CITY COLLEGE | | | NONE |

| CLOTHING WORN | LOCATION OR DISPOSITION OF VEHICLE |
|---|---|
| RED SHIRT/GRN UDRWR,BLK SWTS | KENNYS TOW |

| IN CASE OF EMERGENCY NOTIFY NAME | RELATIONSHIP | ADDRESS | CITY | PHONE NO |
|---|---|---|---|---|
| PINKNEY, JOSEPHINE | MOTHER | | | |

| ARRESTING OFFICER / EMP #'S | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|
| DAVIS, D (600724) | MASTANTUONO, P (608275) | LIZARRAGA, S (615113) | MASTANTUONO, P (608275) |

| CASH RETAINED | PROPERTY | |
|---|---|---|
| 0.00 | CLOTHING WORN, NO SHOES | |

| | | PRISONERS SIGNATURE WHEN BOOKED |
|---|---|---|
| | | X |

| CASH DEPOSITED | PROPERTY | |
|---|---|---|
| 0.00 | 1 EARING NOT THE PAIR | |

| | PRISONERS SIG. FOR REC'T OF REMAINING CASH & PROPERTY |
|---|---|
| | X |

Bulk Property:   ☑ None     ☐ Yes

**White - Original**

| Adult: ☑ | Juvenile: ☐ | | | | | | D144834 |
|---|---|---|---|---|---|---|---|

Suspected Gang Member: ☐

LOS ANGELES COUNTY JAIL
BOOKING AND PROPERTY RECORD

Gang Name:
Moniker:
Tag #:   382      PHONE NO.   REFUSED

| | FOREIGN NATIONAL | | YES | NO |
|---|---|---|---|---|
| | | HAVE AIDS | ☐ | ☑ |
| ☐ YES | | HAVE VD | ☐ | ☑ |
| ☑ NO | | HAVE HEPATITIS | ☐ | ☑ |
| ☐ REF | | HAVE TB | ☐ | ☑ |
| | | EVER HAVE TB | ☐ | ☑ |

| BOOKING NO. | LOC. BKG | DR. LIC NO. | STATE |
|---|---|---|---|
| 5859214 | LKD | | CA |

STATION RECORDS

| ARRESTEE'S NAME LAST | FIRST | MIDDLE |
|---|---|---|
| PERRY | DAION | DAMIEN |

| ADDRESS | CITY, ZIP CODE | SEX |
|---|---|---|
| | | M |

| DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|
| B | BLK | BRO | 507 | 150 | | 18 |

| VEH. LIC NO | STATE | RPT. DIST. | AKA / NICKNAME |
|---|---|---|---|
| NO PLATE | | 1369 | N/A |

| BIRTHPLACE | FILE NO | AD. CHG |
|---|---|---|
| CALIFORNIA | 920-02079-1369-032 | Y |

| AGY. OR DETAIL ARRESTING | DATE & TIME ARRESTED | TIME BKD. |
|---|---|---|
| 1301 | 01-27-2020 2030 | 2130 |

| LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| 664 68TH ST, LB | 100000 |

| CHARGE | WARR /COMM. NO |
|---|---|
| 211PC / F / ROBBERY | N/A |

| JAIL LOC. | ARRAIGN. DATE | TIME | COURT | PRISONERS SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| LKD | 01-29-2020 | 0830 | CPT | X |

| SOC. SEC NO. | OBSERVABLE PHYSICAL ODDITIES | OCCUPATION |
|---|---|---|
| UNKNOWN | NONE SEEN | UNEMPLOYED |

| EMPLOYER FIRM OR PERSON'S NAME | CITY | PHONE NO. | SPECIAL MEDICAL PROBLEMS |
|---|---|---|---|
| N/A | | | NONE STATED |

| CLOTHING WORN | LOCATION OR DISPOSITION OF VEHICLE |
|---|---|
| BLK SHIRT/GRY SWEATS | KENNYS TOW |

| IN CASE OF EMERGENCY NOTIFY NAME | RELATIONSHIP | ADDRESS | CITY | PHONE NO. |
|---|---|---|---|---|
| THOMPSON, RONNEL | MOTHER | | | |

| ARRESTING OFFICER / EMP #'S | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|
| DAVIS, D (600724) | HERNANDEZ, A (624036) | HERNANDEZ, A (624036) | HERNANDEZ, A (624036) |

| CASH RETAINED | PROPERTY |
|---|---|
| 0.00 | CLOTHING WORN |

PRISONERS SIGNATURE WHEN BOOKED
X

| CASH DEPOSITED | PROPERTY |
|---|---|
| 0.00 | (1) BLK NIKE SHOE |

PRISONERS SIG. FOR REC'T OF REMAINING CASH & PROPERTY
X

| Bulk Property: | ☑ None | ☐ Yes |
|---|---|---|

5859214    PERRY
DAION

**White - Original**

```
  Message print requested by terminal:LKD01        01/27/20 22:59:20   P01

INCIDENT RECORD  01/27/20  2259

LKD20027-0382  10/97
UNITS: 133F1/P 130S/P 132/P 132B/P 132D/P 132G7/P 132H/P 132T1/P 133A/P 133D/P
133H/P 133T1/P 133T2/P 134A/P 135A/P 136/P 136A/P 136B/P 136F1/P 136K/P
PRIORITY: E  RADIO CODES: 211N
LOCATION: 8859 ALONDRA BL,PMT "CVS PHARMARCY"   R:3
INF: , 8859 ALONDRA BL,PARAMOUNT, (562) 630-4904
REMARKS:CVS PHARMACY 2 M/A SEEN LEAVING IN A GRY SEDAN **VEH GOING TWDS S/B ON
LAKEWOOD
 URN: 920-02079-1369-032


/1906 E911 LKDS
/1907 RECENT LKD20021-0392 01/21/20 777
/1907 RECENT LKD20025-0231 01/25/20 777
/1907 RECENT LKD20027-0167 01/27/20 777


130S/P:    /1947 DSPS  /1947 ACK   /1947 ENR   /1947 10/97 /2128 10/98
132/P:     /1908 DSPS  /1908 ACK   /1908 ENR   /1925 10/97 /2150 10/98
132B/P:    /1927 DSPS  /1927 ENR   /1927 10/97 /2132 10/98
           /1927 ACKOV
132D/P:    /1917 DSPS  /1917 ACK   /1917 ENR   /1917 10/97 /2127 10/15
132G7/P:   /2135 DSPS  /2135 ACK   /2135 ENR   /2135 10/97
132H/P:    /1918 DSPS  /1921 ENR   /1921 10/97 /2200 10/98
           /1921 ACKOV
132T1/P:   /1907 DSPS  /1907 NOACK /1907 ACK   /1907 ENR   /1909 10/97
133A/P:    /1908 DSPS  /1913 NOACK /1921 DSP   /1921 NOACK /1950 ENR
           /1950 10/97 /2058 10/10 /2110 10/10 /2118 10/10 /2134 10/10
           /1950 ACKOV
133D/P:    /1907 DSPS  /1907 ACK   /1907 ENR   /1936 10/97 /1936 HOLD
           /1936 10/98
133F1/P:   /2105 DSPS  /2105 ACK   /2105 ENR   /2105 10/97
133H/P:    /1908 DSPS  /1908 ACK   /1908 ENR   /1908 10/97
133T1/P:   /1907 DSPS  /1908 ENR   /1908 10/97 /2213 10/98
           /1908 ACKOV
133T2/P:   /1908 DSPS  /1908 ACK   /1908 ENR   /1908 10/97 /2130 10/98
134A/P:    /2036 DSPS  /2036 ACK   /2036 ENR   /2036 10/97 /2134 10/98
           /1915 ENROV   /1915 10/97OV
135A/P:    /1921 DSPS  /1921 ACK   /1921 ENR   /1921 10/97 /2126 10/98
136/P:     /1907 DSP   /1907 ACK   /1908 ENR   /1910 10/97 /2252 10/98
136A/P:    /1907 DSP   /1907 ENR   /1920 10/97 /1907 ACKOV
136B/P:    /1907 DSPS  /1907 ACK   /1907 ENR   /1909 10/97
136F1/P:   /1907 DSP   /1907 ACK   /1907 ENR   /1907 ENR
136K/P:    /1908 DSPS  /1908 ACK   /1908 ENR   /2102 10/97
```

| Adult: ☑  Juvenile: ☐ | | | | | | | D144838 |
|---|---|---|---|---|---|---|---|

LOS ANGELES COUNTY JAIL
BOOKING AND PROPERTY RECORD

Suspected Gang Member: ☐

Gang Name:

Moniker:

Tag #: **382**          PHONE NO. 

| FOREIGN NATIONAL | | | YES | NO |
|---|---|---|---|---|
| ☐ YES | HAVE AIDS | | ☐ | ☑ |
| ☑ NO | HAVE VD | | ☐ | ☑ |
| ☐ REF | HAVE HEPATITIS | | ☐ | ☑ |
| | HAVE TB | | ☐ | ☑ |
| | EVER HAVE TB | | ☐ | ☑ |

**STATION RECORDS**

| BOOKING NO. | LOC. BKG | DR. LIC. NO. | STATE |
|---|---|---|---|
| **5859226** | **LKD** | | **CA** |

| ARRESTEE'S NAME LAST | FIRST | MIDDLE |
|---|---|---|
| **PINKNEY** | **ANGELO** | **MARCUS** |

| ADDRESS | CITY, ZIP CODE | SEX |
|---|---|---|
| | | **M** |

| DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|
| **B** | **BLK** | **BRO** | **507** | **140** | | **20** |

| VEH. LIC NO. | STATE | RPT. DIST. | AKA / NICKNAME |
|---|---|---|---|
| **NO PLATE** | | **1369** | |

| BIRTHPLACE | FILE NO. | | AD. CHG |
|---|---|---|---|
| **CALIFORNIA** | **920-02079-1369-032** | | **Y** |

| AGY. OR DETAIL ARRESTING | DATE & TIME ARRESTED | TIME BKD. |
|---|---|---|
| **1301** | **01-27-2020 2000** | 2149 |

| LOCATION OF ARREST | TOTAL BAIL |
|---|---|
| **6810 EASTONDALE AVE, LB** | **100000** |

| CHARGE | WARR./COMM. NO |
|---|---|
| **211PC / F / ROBBERY** | **N/A** |

CII# A34837254
FBI#
MAIN# 33495901
CCHRS# 021341454

8821
AV@ 0628

| JAIL LOC. | ARRAIGN. DATE | TIME | COURT | PRISONERS SIGNATURE WHEN BOOKED |
|---|---|---|---|---|
| **LKD** | **01-29-2020** | **0830** | **COMPTON** | X |

| SOC. SEC NO. | OBSERVABLE PHYSICAL ODDITIES | OCCUPATION |
|---|---|---|
| | **TT-ON RIGHT FOREARM "JOSEPHINE** | **STUDENT** |

| EMPLOYER FIRM OR PERSON'S NAME | | | SPECIAL MEDICAL PROBLEMS |
|---|---|---|---|
| **LONG BEACH CITY COLLEGE** | CITY | PHONE NO. | **NONE** |

| CLOTHING WORN | LOCATION OR DISPOSITION OF VEHICLE |
|---|---|
| **RED SHIRT/GRN UDRWR,BLK SWTS** | **KENNYS TOW** |

| IN CASE OF EMERGENCY NOTIFY NAME | RELATIONSHIP | ADDRESS | CITY | PHONE NO. |
|---|---|---|---|---|
| **PINKNEY, JOSEPHINE** | **MOTHER** | | | |

| ARRESTING OFFICER / EMP #'S | BOOKING EMPLOYEE | SEARCHING OFFICER | TRANSPORTING OFFICER |
|---|---|---|---|
| **DAVIS, D (600724)** | **MASTANTUONO, P (608275)** | **LIZARRAGA, S (615113)** | **MASTANTUONO, P (608275)** |

| CASH RETAINED | PROPERTY | |
|---|---|---|
| **0.00** | **CLOTHING WORN, NO SHOES** | |

| | | PRISONERS SIGNATURE WHEN BOOKED |
|---|---|---|
| | | X |

| CASH DEPOSITED | PROPERTY |
|---|---|
| **0.00** | **1 EARING NOT THE PAIR** |

PRISONERS SIG. FOR REC'T OF REMAINING CASH & PROPERTY
X

| Bulk Property: | ☑ None | ☐ Yes |
|---|---|---|

**White - Original**

BB Jailer

Ø hits

```
PAGE 01   TO: LKDP   FROM: CLETS           01/28/20  05:05:45
1CNDJ.LKD0.
LKD0
CPPROD
```

920-02079-1369-032

```
                           *  *  *  *
            LIVE SCAN TRANSACTION AGENCY NOTIFICATION
                           *  *  *  *

THE FOLLOWING INFORMATION IS IN RESPONSE TO YOUR LIVE SCAN TRANSMISSION
REGARDING SUBJECT/PINKNEY, ANGELO MARCUS, DOB/███████
BOOKING AGENCY/CA0190013, BOOKING NUMBER/5859226, MAIN NUMBER/33495901, SCN/M19N
0280003.

YOUR SUBJECT HAS BEEN IDENTIFIED BY FINGERPRINTS AS NAM/PINKNEY, ANGELO MARCUS
DOB/███████ CII/A34837254.

** DO NOT COLLECT DNA:SAMPLE TYPED/ANALYZED
** PALM PRINTS AVAILABLE
** III CALIFORNIA ONLY SOURCE RECORD
FBI/███████
CII/A34837254
DOB/███████   SEX/M   RAC/BLACK
HGT/507   WGT/150   EYE/BRO   HAI/BLK   POB/CA
NAM/01 PINKNEY, ANGELO MARCUS
AKA/02 PINKNEY, ANGELO
```

Ø hits

```
PAGE 02
AKA/03 PINKNEY, ANGELO M
CDL█████████
SOC█████████████


*  *  *  *  *  *  *  *  *  END OF DOJ MESSAGE  *  *  *  *  *  *  *  *  *
```

| Adult: ☑ Juvenile: ☐ | | | | | D144834 |
|---|---|---|---|---|---|

LOS ANGELES COUNTY JAIL
BOOKING AND PROPERTY RECORD

Suspected Gang Member: ☐
Gang Name:
Moniker:
Tag #: 382    PHONE NO. REFUSED

| FOREIGN NATIONAL | | | YES NO |
|---|---|---|---|
| ☐ YES | HAVE AIDS | ☐ ☑ |
| ☑ NO | HAVE VD | ☐ ☑ |
| ☐ REF | HAVE HEPATITIS | ☐ ☑ |
| | HAVE TB | ☐ ☑ |
| | EVER HAVE TB | ☐ ☑ |

| BOOKING NO 5859214 | LOC. BKG LKD | DR. LIC NO. | STATE CA |
|---|---|---|---|

STATION RECORDS

ARRESTEE'S NAME LAST: PERRY   FIRST: DAION   MIDDLE: DAMIEN
ADDRESS   CITY, ZIP CODE   SEX M

CII#A36623155
NAM#33646299
FBI#
CLI/RSH0234172480

| DESCENT B | HAIR BLK | EYES BRO | HEIGHT 507 | WEIGHT 150 | BIRTHDATE | AGE 18 |
|---|---|---|---|---|---|---|

VEH LIC NO: NO PLATE   STATE   RPT. DIST. 1369   AKA/NICKNAME N/A

BIRTHPLACE CALIFORNIA   FILE NO. 920-02079-1369-032   AD CHG Y

AGY. OR DETAIL ARRESTING 1301   DATE & TIME ARRESTED 01-27-2020 2030   TIME BKD 2130

LOCATION OF ARREST 664 68TH ST,LB   TOTAL BAIL 100000

Sec BRKG 1/28/2020 @ 0338hrs

CHARGE 211PC / F / ROBBERY   WARR./COMM. NO. N/A

JAIL LOC LKD   ARRAIGN DATE 01-29-2020   TIME 0830   COURT CPT   PRISONERS SIG X
SOC SEC NO UNKNOWN   OBSERVABLE PHYSICAL ODDITIES NONE SEEN   OCCUPATION UNEMPLOYED

EMPLOYER FIRM OR PERSON'S NAME N/A   CITY   PHONE NO.   SPECIAL MEDICAL PROBLEMS NONE STATED

CLOTHING WORN BLK SHIRT/GRY SWEATS   LOCATION OR DISPOSITION OF VEHICLE KENNYS TOW

IN CASE OF EMERGENCY NOTIFY NAME THOMPSON, RONNEL   RELATIONSHIP MOTHER   ADDRESS   CITY   PHONE NO

ARRESTING OFFICER / EMP #'S DAVIS, D (600724) | BOOKING EMPLOYEE HERNANDEZ, A (624036) | SEARCHING OFFICER HERNANDEZ, A (624036) | TRANSPORTING OFFICER HERNANDEZ, A (624036) |

CASH RETAINED 0.00   PROPERTY CLOTHING WORN   PRISONERS SIG X

CASH DEPOSITED 0.00   PROPERTY (1) BLK NIKE SHOE

PRISONERS SIG. FOR RECT OF REMAINING CASH & PROPERTY X

Bulk Property: ☑ None  ☐ Yes

White - Original

5859214 PERRY DAION

BBJailer
8Hits

USA_000115

```
PAGE 01  TO: LKDP  FROM: CLETS              01/28/20  02:17:52
1CNDJ.LKD0.
LKD0
CPPROD
                    *  *  *  *
          LIVE SCAN TRANSACTION AGENCY NOTIFICATION
                    *  *  *  *

THE FOLLOWING INFORMATION IS IN RESPONSE TO YOUR LIVE SCAN TRANSMISSION
REGARDING SUBJECT/PERRY,DAION DAMIEN, DOB/███████,
BOOKING AGENCY/CA0190013, BOOKING NUMBER/5859214, MAIN NUMBER/33646299, SCN/M19N
0280002.

YOUR SUBJECT HAS BEEN IDENTIFIED BY FINGERPRINTS AS NAM/PERRY,DAION
DOB/███████ CII/A36623135.

** DO NOT COLLECT DNA:SAMPLE TYPED/ANALYZED
** PALM PRINTS AVAILABLE
** III CALIFORNIA ONLY SOURCE RECORD
FBI/███████
CII/A36623135
DOB/███████  SEX/M  RAC/BLACK
HGT/511  WGT/150  EYE/BRO  HAI/BLK  POB/CA
NAM/01 PERRY,DAION
AKA/02 PERRY,DAION DAMIEN




PAGE 02
CDL/███████



*  *  *  *  *  *  *  *  *  END OF DOJ MESSAGE  *  *  *  *  *  *  *  *  *
```